IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINSTREET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| EPICREALM LICENSING, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATES**

Plaintiff QuinStreet, Inc., by its attorneys, pursuant to Federal Rule of Civil Procedure 7.1, hereby states as follows:

1. Plaintiff QuinStreet, Inc. is a privately held company. There is no parent corporation, nor any publicly held corporation that owns 10% or more of the stock of QuinStreet, Inc.

RLF1-3042605-1

OF COUNSEL:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312.609.7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415.693.2000

Dated: August 8, 2006

/s/ Anne Shea Gaza
Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

Attorneys for Plaintiff QuinStreet, Inc.

RLF1-3042605-1