# United States District Court

District Of Delaware

| | |
|---|---|
| QUINSTREET, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 0 6 - 4 9 5 |
| v. | ) |
| | ) |
| EPICREALM LICENSING, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO:    epicRealm Licensing, LP
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY
**Robert H. Richards, III, Esquire**
**Jeffrey L. Moyer, Esquire**
**Anne Shea Gaza, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                8-8-06

CLERK                                              DATE

_____
(By) DEPUTY CLERK

RLF1-3041521-1

AO 440 (Rev 8/01) Summons in a Civil Action    CASE # 06-2297

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>8/9/06 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: EPICREALM LICENSING, LP C/O CORPORATION SERVICE CO AT 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/06
         Date              Signature of Server

DENORRIS BRITT

Brandywine Process Servers
P.O. Box 1360
Wilmington, DE 19899-1360

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure