IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINSTREET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EPICREALM LICENSING, LP, | ) | Civil Action No. 06-495 SLR |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION AND ORDER FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Robert S. Beiser, Richard A. Zachar and Ludwig E. Kolman of Vedder, Price, Kaufman & Kammholz, P.C. and Gordon C. Atkinson of Cooley Godward LLP to represent Plaintiff QuinStreet, Inc.

OF COUNSEL:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312.609.7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415.693.2000

Dated: August 31, 2006

/s/ Anne Shea Gaza
Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

Attorneys for Plaintiff QuinStreet, Inc.

RLF1-3051748-1

SO ORDERED this _____ day of _____, 2006.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601

Dated: 8/30/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

*Robert Beiser* (signature)

Robert S. Beiser
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601

Dated: 8/30/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Richard A. Zachar
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601

Dated: 8/30/06

RLF1-3051748-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111

Dated: 8/30/06

RLF1-3051748-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael F. Bonkowski, Esquire
Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

I hereby certify that on August 31, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

Larry D. Carlson, Esquire
Kevin J. Meek, Esquire
Jeff Moles, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com