IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EPICREALM LICENSING, LP, ) <br> ) <br> Defendant. ) | Civil Action No. 06-495 SLR |

**PLAINTIFF QUINSTREET, INC.'S REQUEST FOR ORAL ARGUMENT ON
DEFENDANT'S MOTION TO CONSOLIDATE AND TRANSFER**

On August 28, 2006, Defendant epicRealm Licensing, LP ("Defendant") filed a Motion to Consolidate Cases and Transfer ("Motion"). (D.I. 7). On September 12, 2006, Plaintiff Quinstreet, Inc. filed its memorandum in opposition to the Motion. (D.I. 10). With the filing of Defendant's reply brief on September 19, 2006, the parties have completed briefing on the Motion. (D.I. 13). Accordingly, pursuant to Delaware District Court Local Rule 7.1.4, Plaintiff Quinstreet, Inc. respectfully requests that oral argument be scheduled on the Motion at the Court's convenience.

OF COUNSEL:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312.609.7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415.693.2000

Dated: September 21, 2006

*/s/ Anne Shea Gaza*
Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

Attorneys for Plaintiff QuinStreet, Inc.

RLF1-3061308-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Michael F. Bonkowski, Esquire
Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

I hereby certify that on September 21, 2006, I sent by Federal Express the foregoing document to the following non-registered participants:

Larry D. Carlson, Esquire
Kevin J. Meek, Esquire
Jeff Moles, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com