IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC. | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-cv-495 (SLR) |
| | : |
| EPICREALM LICENSING LP, | : |
| | : |
|     Defendant. | : |

### DEFENDANT EPICREALM LICENSING, LP'S JOINDER WITH RESPECT TO PLAINTIFF QUINSTREET'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO CONSOLIDATE AND TRANSFER

On August 28, 2006, Defendant epicRealm Licensing, LP ("epicRealm") filed a Motion to Consolidate and Transfer ("Motion") seeking to consolidate the above-captioned action (hereinafter, the "Quinstreet Action") with a pending sister action titled *Oracle Corporation and Oracle U.S.A., Inc. v. EpicRealm Licensing, LP*, C.A. No. 06-cv-414 (SLR) ("Oracle Action") and transfer both cases to the Eastern District of Texas, Marshall Division. (D.I. 7). On that same date, epicRealm also filed its Motion in the Oracle Action. *See Oracle Corp. v. EpicRealm Licensing, LP*, C.A. No. 06-cv-414 (SLR) (D.I. 10). Briefing on epicRealm's Motion in the Quinstreet Action was completed on September 19, 2006. (D.I. 13). Presently, Oracle's answering brief in opposition to epicRealm's Motion is due on September 26, 2006, with epicRealm's reply to Oracle's opposition due on October 3, 2006..

On September 21, 2006, Quinstreet requested oral argument on epicRealm's Motion in the Quinstreet Action only. (D.I. 14). EpicRealm hereby joins in Quinstreet's request for oral argument.

Additionally, given the similarity of the Quinstreet and Oracle Actions and the Motions pending therein, epicRealm further requests simultaneous oral argument on its Motion in both the Quinstreet and Oracle Actions to be scheduled at the convenience of the Court.

SAUL EWING, LLP

*/s/ Kimberly L. Gattuso*

Michael F. Bonkowski, Esquire (No. 2219)
Kimberly L. Gattuso, Esquire (No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19801-1611
(302) 421-6800

BAKER BOTTS L.L.P.
Larry D. Carlson, Esquire
Kevin J. Meek, Esquire
Jeff Moles, Esquire
2001 Ross Avenue
Dallas, TX 75201-2980

Attorneys for epicRealm Licensing LP

DATED:    September 26, 2006

## CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on this 26th day of September, 2006, I electronically filed a true and correct copy of the foregoing Defendant Epicrealm Licensing, LP's Joinder With Respect To Plaintiff Quinstreet's Request For Oral Argument On Defendant's Motion To Consolidate And Transfer with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorneys of record in the manner indicated:

**VIA HAND DELIVERY**

Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

_____
Kimberly L. Gattuso (No. 3733)