IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-495-SLR |
| ) | |
| EPICREALM LICENSING, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendant epicRealm Licensing, LP (hereinafter, "Defendant"), Saul Ewing hereby withdraws its appearance in this case for Defendant, and the law firm of Potter Anderson & Corroon LLP hereby enters its appearance on behalf of Defendant. Baker Botts LLP will remain of counsel for Defendant.

| SAUL EWING, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Michael F. Bonkowski | By: /s/ Richard L. Horwitz |
| Michael F. Bonkowski (#2219) | Richard L. Horwitz (#2246) |
| 222 Delaware Avenue, Suite 1200 | David E. Moore (#3983) |
| P.O. Box 1266 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 N. Market Street |
| Tel: (302) 421-6863 | Wilmington, DE 19899 |
| Fax: (302) 421-5869 | Tel: (302) 984-6000 |
| mbonkowski@saul.com | Fax: (302) 658-1192 |
| | rhorwitz@potteranderson.com |
| *Attorney for Defendant* | dmoore@potteranderson.com |
| *epicRealm Licensing, LP* | |
| | *Attorneys for Defendant* |
| Dated: August 10, 2006 | *epicRealm Licensing, LP* |
| 788378/31393 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 10, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

I hereby certify that on April 10, 2007, I have Electronically Mailed the documents to the following:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA 94111
atkinsongc@cooley.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788478 / 31393