IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-495-SLR |
| ) | |
| EPICREALM LICENSING, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant epicRealm Licensing, LP, hereby certifies that copies of the following documents were caused to be served on May 22, 2007, upon the following attorneys of record at the following addresses as indicated:

EPICREALM LICENSING, LP'S INITIAL DISCLOSURES

### VIA HAND DELIVERY

Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899

### VIA ELECTRONIC MAIL

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL  60601
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA  94111
atkinsongc@cooley.com

                                      POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: /s/ David E. Moore |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Larry D. Carlson | David E. Moore (#3983) |
| Kevin J. Meek | Hercules Plaza, 6th Floor |
| Jeff Moles | 1313 N. Market Street |
| BAKER BOTTS, L.L.P. | Wilmington, DE  19899 |
| 2001 Ross Avenue | Tel:  (302) 984-6000 |
| Dallas, TX 75201 | Fax: (302) 658-1192 |
| Tel:  (214) 953-6500 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
|  |  |
| Dated:  May 22, 2007 | *Attorneys for Defendant* |
| 797122 / 31393 | *epicRealm Licensing, LP* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 22, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

I hereby certify that on May 22, 2007, I have Electronically Mailed the documents to the following:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA 94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788478 / 31393/Quinstreet