IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC.,<br><br>    Plaintiff/Counterclaim<br>    Defendant,<br><br>v.<br><br>EPICREALM LICENSING, LP,<br><br>    Defendant/Counterclaim<br>    Plaintiff. | C.A. No. 06-495-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff/Counterclaim Defendant served copies of Quinstreet, Inc.'s Initial Disclosures upon the following counsel of record on May 23, 2007 and in the manner indicated below:

| **BY ELECTRONIC MAIL** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz | Larry D. Carlson |
| David E. Moore | Kevin J. Meek |
| Potter Anderson & Corroon LLP | Jeff Moles |
| Hercules Plaza, 6th Floor | Baker Botts LLP |
| 1313 N. Market Street | 2001 Ross Avenue |
| Wilmington, DE 19899 | Dallas, TX 75201-2980 |

RLF1-3155704-1

OF COUNSEL:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312-609-7500

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: May 24, 2007

/s/ Robert H. Richards, III
Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware  19899-0551
302-651-7700

*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on May 24, 2007, I sent by Federal Express the foregoing document to the following non-registered participants:

Larry D. Carlson, Esquire
Kevin J. Meek, Esquire
Jeff Moles, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201-2980

Anne Shea Gaza (#4093)
Gaza@rlf.com