IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br>      Plaintiff/Counterclaim Defendant, <br><br>v. <br><br>EPICREALM LICENSING, LP, <br><br>      Defendant/Counterclaim Plaintiff. | C.A. No. 06-495-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff/Counterclaim Defendant Quinstreet, Inc. served copies of Quinstreet, Inc.'s Responses to Defendant/Counterclaim Plaintiff EpicRealm Licensing, LP's First Set of Requests for Production of Documents and Things (Nos. 1-86 upon the following counsel of record on August 21, 2007 at the addresses and in the manner indicated below:

**BY E-MAIL & HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE   19899

**BY E-MAIL & FEDERAL EXPRESS**
Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

- 2 -

|  |  |
|---|---|
| OF COUNSEL:<br><br>Robert S. Beiser<br>Richard A. Zachar<br>Ludwig E. Kolman<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street<br>Suite 2500<br>Chicago, Illinois 60601<br>312-609-7500<br><br>Gordon C. Atkinson<br>Cooley Godward LLP<br>101 California Street, 5th Flr.<br>San Francisco, California 94111<br>415-693-2000<br><br>Dated: August 21, 2007 | /s/ Anne Shea Gaza<br>Robert H. Richards, III (#706)<br>rrichards@rlf.com<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19899-0551<br>302-651-7700<br><br>*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2007, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on August 21, 2007, I sent by electronic mail and Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com