IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br>    Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 06-495-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff/Counterclaim Defendant Quinstreet, Inc. served copies of Plaintiff Quinstreet, Inc.'s First Set of Requests for Production of Documents and Things to Defendant EpicRealm Licensing, LP's upon the following counsel of record on August 23, 2007 at the addresses and in the manner indicated below:

**BY E-MAIL & HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

**BY E-MAIL & FEDERAL EXPRESS**
Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

RLF1-3192141-1

- 2 -

 

OF COUNSEL:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312-609-7500

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: August 23, 2007

/s/ Anne Shea Gaza
Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on August 23, 2007, I sent by electronic mail and Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com