IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> EPICREALM LICENSING, LP, <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 06-495-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff/Counterclaim Defendant Quinstreet, Inc. served copies of Plaintiff Quinstreet, Inc.'s Responses to Defendant/Counterclaim plaintiff EpicRealm Licensing, LP's First Set of Interrogatories (Nos. 1-5) upon the following counsel of record on August 31, 2007 at the addresses and in the manner indicated below:

**BY E-MAIL & FEDERAL EXPRESS**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899

**BY E-MAIL & HAND DELIVERY**
Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

- 2 -

OF COUNSEL:

Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312-609-7500

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: September 4, 2007

/s/ Anne Shea Gaza
Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    1313 N. Market Street, Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19899

I hereby certify that on September 4, 2007, I sent by electronic mail and Federal Express the foregoing document to the following non-registered participants:

    Harry J. Roper
    George S. Bosy
    Aaron A. Barlow
    Patrick L. Patras
    David R. Bennett
    Paul D. Margolis
    Benjamin J. Bradford
    Jenner & Block
    330 N. Wabash Avenue
    Chicago, IL 60611-7603

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com