IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINSTREET, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 06-495-SLR |
| v. | ) | |
| EPICREALM LICENSING, LP, | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for Plaintiff/Counterclaim Defendant QuinStreet,

Inc. served copies of Plaintiff QuinStreet, Inc.'s First Set of Interrogatories to Defendant

Epicrealm Licensing, L.P. upon the following counsel of record on September 7, 2007 at the

addresses and in the manner indicated below:

**BY E-MAIL & HAND DELIVERY**
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

**BY E-MAIL & FEDERAL EXPRESS**
Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

OF COUNSEL:
Robert S. Beiser
Richard A. Zachar
Ludwig E. Kolman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
312-609-7500

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California  94111
415-693-2000

Dated:  September 7, 2007

Robert H. Richards, III (#706)
rrichards@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King  Street
Wilmington, Delaware  19899-0551
302-651-7700
*Attorneys for Plaintiff/Counterclaim
Defendant QuinStreet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> David E. Moore
> Potter Anderson & Corroon LLP
> 1313 N. Market Street, Hercules Plaza, 6th Floor
> P.O. Box 951
> Wilmington, DE 19899

I hereby certify that on September 7, 2007, I sent by electronic mail and Federal Express the foregoing document to the following non-registered participants:

> Harry J. Roper
> Jenner & Block
> 330 N. Wabash Avenue
> Chicago, IL 60611-7603

Jeffrey L. Moyer (#3309)