IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-495-SLR |
| ) | |
| EPICREALM LICENSING, LP, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

EpicRealm Licensing, LP and Parallel Networks, LLC, as the new real party in interest, hereby oppose Plaintiff QuinStreet, Inc.'s ("QuinStreet's") Motion for Leave to File Amended Complaint for Declaratory Judgment ("Motion for Leave") (D.I. 41). QuinStreet's proposed amended complaint names epicRealm Licensing, LP as the defendant. However, in August 2007, epicRealm Licensing, LP ("epicRealm") assigned to Parallel Networks, LLC ("Parallel Networks") all right, title and interest in the two patents in suit, United States Patent No. 5,894,554 (the "'554 patent") and United States Patent No. 6,415,335 (the "'335 patent") (collectively, the "patents in suit"), including the right to enforce the patents in suit and to recover for past infringement. (Exhibit A hereto.) Consequently, because epicRealm has no interest in the patents in suit, QuinStreet's Motion for Leave should be denied. Counsel for epicRealm has attempted to reach an agreement with QuinStreet on the appropriate procedure to substitute Parallel Networks as the correct defendant and counterclaimant in this action but has reached an impasse. Consequently, Parallel Networks will move the Court to substitute Parallel Networks as the appropriate defendant and counterclaimant.

In support of this opposition, epicRealm and Parallel Networks, as the real party in interest, state as follows:

1.  On April 13, 1999, and July 2, 2002, the '554 patent and the '335 patent duly and legally issued. These two patents are directed to, among other things, systems and methods for managing dynamic Web page generation requests. QuinStreet initiated this action against epicRealm by filing its original Complaint for Declaratory Judgment seeking a declaration of noninfringement for all of its software products used in conjunction with the delivery of dynamic web pages. However, Parallel Networks now owns all right, title and interest in the patents in suit and has the right to enforce those patents with respect to QuinStreet and the right to recover for past infringement. (Parallel Networks is a limited liability company organized under the laws of the State of Texas.) A copy of the assignment of all right, title and interest in the patents in suit to Parallel Networks has been filed with the United States Patent and Trademark Office and is attached to this opposition brief as Exhibit A. As seen in Exhibit A, epicRealm, the defendant named in QuinStreet's Motion for Leave, has no right, title or interest in the patents in suit.

2.  QuinStreet's proposed amendment wrongly asserts that epicRealm "has the right to enforce the epicRealm patents against QuinStreet." (QuinStreet's Proposed Amended Complaint for Declaratory Judgment at ¶ 8.) Plainly, the actual controversy now between the parties as raised by QuinStreet is between Parallel Networks and QuinStreet, not between epicRealm and QuinStreet. In sum, because all right, title and interest in the two patents in suit is held by Parallel Networks, QuinStreet's proposed Motion for Leave to File Amended Complaint for Declaratory Judgment should be denied because Parallel Networks, LLC, not epicRealm Licensing, LP, is the proper defendant.

3.       Parallel Networks does not oppose the instant motion if QuinStreet agrees to substitute Parallel Networks for epicRealm as the sole defendant. QuinStreet has rejected Parallel Networks' attempt to properly substitute the real party in interest. Consequently, Parallel Networks will promptly file an appropriate motion to substitute Parallel Networks as the real party in interest.

WHEREFORE, epicRealm and Parallel Networks, as the real party in interest, respectfully request that the Court deny QuinStreet's Motion for Leave to File its Amended Complaint for failure to name the true party in interest, Parallel Networks, LLC.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br>Tel:  (312) 923-8305 | By: */s/ David E. Moore*<br>        Richard L. Horwitz (#2246)<br>        David E. Moore (#3983)<br>        Hercules Plaza, 6th Floor<br>        1313 N. Market Street<br>        Wilmington, DE  19899<br>        Tel:  (302) 984-6000<br>        rhorwitz@potteranderson.com<br>        dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*epicRealm Licensing, L.P.* |
| Dated:  October 2, 2007<br>822596 / 31393 / Quinstreet | |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 2, 2007, I have Electronically Mailed the document to the following person(s):

Robert H. Richards, III
Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Robert S. Beiser
David Doyle
Ludwig E. Kolman
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
rbeiser@vedderprice.com
ddoyle@vedderprice.com
lkolman@vedderprice.com
rrigg@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA 94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788478 / 31393 / Quinstreet

# EXHIBIT A



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

SEPTEMBER 10, 2007

PTAS

B. K. DRINKWATER, C/O BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201



*500350891A*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 09/10/2007           REEL/FRAME: 019795/0968
                                       NUMBER OF PAGES: 5

BRIEF: NUNC PRO TUNC ASSIGNMENT (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 066241.0146

ASSIGNOR:
    EPICREALM LICENSING, LP            DOC DATE: 08/31/2007

ASSIGNEE:
    PARALLEL NETWORKS, LLC
    1700 PACIFIC AVENUE
    SUITE 2320
    DALLAS, TEXAS 75201

SERIAL NUMBER: 08636477                FILING DATE: 04/23/1996
PATENT NUMBER: 5894554                 ISSUE DATE: 04/13/1999
TITLE: SYSTEM FOR MANAGING DYNAMIC WEB PAGE GENERATION REQUESTS BY
       INTERCEPTING REQUEST AT WEB SERVER AND ROUTING TO PAGE SERVER
       THEREBY RELEASING WEB SERVER TO PROCESS OTHER REQUESTS

USPTO                9/11/2007 9:41:37 PM    PAGE    3/005    Fax Server
TO:B. K. DRINKWATER, C/O BAKER BOTTS L.L.P.   COMPANY:2001 ROSS AVENUE

```
019795/0968 PAGE 2

SERIAL NUMBER: 09234048              FILING DATE: 01/19/1999
PATENT NUMBER: 6415335               ISSUE DATE: 07/02/2002
TITLE: SYSTEM AND METHOD FOR MANAGING DYNAMIC WEB PAGE GENERATION REQUESTS



ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION
```

USPTO        9/11/2007 9:41:37 PM    PAGE    4/005   Fax Server
TO:B. K. DRINKWATER, C/O BAKER BOTTS L.L.P.   COMPANY:2001 ROSS AVENUE

# PATENT ASSIGNMENT

Electronic Version v1.1  
Stylesheet Version v1.1

**09/10/2007**  
**500350891**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 08/10/2007 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| EPICREALM LICENSING, LP | 08/31/2007 |

**RECEIVING PARTY DATA**

| Name: | PARALLEL NETWORKS, LLC |
|---|---|
| Street Address: | 1700 Pacific Avenue |
| Internal Address: | Suite 2320 |
| City: | Dallas |
| State/Country: | TEXAS |
| Postal Code: | 75201 |

**PROPERTY NUMBERS Total: 2**

| Property Type | Number |
|---|---|
| Patent Number: | 5894554 |
| Patent Number: | 6415335 |

**CORRESPONDENCE DATA**

Fax Number:           (214)661-4691  
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*  
Phone:                214.953.6691  
Email:                b.k.drinkwater@bakerbotts.com  
Correspondent Name:   B. K. Drinkwater, c/o Baker Botts L.L.P.  
Address Line 1:       2001 Ross Avenue  
Address Line 2:       Suite 600  
Address Line 4:       Dallas, TEXAS 75201

| ATTORNEY DOCKET NUMBER: | 066241.0146 |
|---|---|
| NAME OF SUBMITTER: | B. K. Drinkwater |

TO:B. K. DRINKWATER, C/O BAKER BOTTS L.L.P.   COMPANY:2001 ROSS AVENUE

Total Attachments: 3
source=Parallel Networks LLC assignment#page1.tif
source=Parallel Networks LLC assignment#page2.tif
source=Parallel Networks LLC assignment#page3.tif

## PATENT ASSIGNMENT

WHEREAS, EPICREALM LICENSING, LP (hereafter "Assignor"), a Delaware limited partnership, having an address of 1700 Pacific Avenue, Suite 2320, Dallas, Texas 75201, is the owner of the patents and patent applications set forth on Exhibit A hereto and the inventions described and claimed therein (hereafter the "Patent Property"); and

WHEREAS, PARALLEL NETWORKS, LLC (hereafter "Assignee"), a Texas limited liability company, having an address of 1700 Pacific Avenue, Suite 2320, Dallas, Texas 75201, did acquire all right, title and interest in and to the Patent Property as the result of an Asset Purchase Agreement effective August 10, 2007.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby sell, assign, transfer and set over *nunc pro tunc* to Assignee, all its right, title and interest in and to the Patent Property, as well as all provisionals, continuations, divisions, and continuations-in-part of said Patent Property, and all reissues, reexaminations, and extensions thereof, the same to be held and enjoyed by Assignee for its own use and benefit, and for the use and benefit of its successors, assigns, or legal representatives, to the end of the term or terms for which such Patent Property may be granted or reissued, as fully and entirely as the same would have been held and enjoyed by Assignor if this assignment and sale had not been made.

Assignor also assigns to Assignee, all right, title and interest in and to the inventions disclosed in said Patent Property throughout the world, including the right to file applications and obtain patents, utility models, industrial models and designs for said Patent Property in its own name throughout the world, including all rights to publish cautionary notices

DAL01:973436.1

reserving ownership of said inventions and all rights to register said Patent Property in appropriate registries; and Assignor further agrees to execute any and all powers of attorney, applications, assignments, declarations, affidavits, and any other papers in connection therewith necessary to perfect such right, title and interest in Assignee.

Assignor also assigns unto Assignee all claims for damages by reason of infringement prior to the assignment date of the Patent Property throughout the world, with the right to sue for and collect the same for its own use and benefit, and for the use and benefit of its successors, assigns and other legal representatives.

Assignor, at the expense of Assignee, will testify in any legal proceedings, sign all lawful papers, execute all provisional, divisional, continuation, continuation-in-part, reissue and substitute applications, make lawful oaths and declarations, and generally do everything possible to vest title in Assignee and to aid Assignee to obtain and enforce proper protection for said Patent Property in all countries.

IN WITNESS WHEREOF, Assignor and its duly authorized representative has caused this Patent Assignment to be executed on the date and in the capacity shown below.

EPICREALM LICENSING, LP

By: EPICREALM LICENSING, LLC,
A Delaware Limited Liability Company
Its: General Partner

By: _____
    Terry Fokas
Its: Managing Partner
Date: August 31, 2007

DAL01:973436.1

EXHIBIT A

U.S. Patents

| Patent No. | Issue Date | Title |
|---|---|---|
| 5,894,554 | 13 Apr 1999 | System for Managing Dynamic Web Page Generation Requests by Intercepting Request at Web Server and Routing to Page Server Thereby Releasing Web Server to Process Other Requests. |
| 6,415,335 | 02 Jul 2002 | System and Method for Managing Dynamic Web Page Generation Requests. |