

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

www.potteranderson.com

October 29, 2007

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re:     *Oracle Corp. v. epicRealm Licensing, LP*; C.A. No. 06-414-SLR
>         *QuinStreet, Inc. v. epicRealm Licensing, LP*; C.A. No. 06-495-SLR

Dear Judge Robinson:

EpicRealm writes this letter to briefly outline the discovery disputes between Oracle and epicRealm and QuinStreet and epicRealm in anticipation of this afternoon's hearing.

With respect to Oracle and QuinStreet:

EpicRealm and Oracle have agreed to substitute Parallel Networks as the real party in interest for epicRealm. EpicRealm and Oracle will file the appropriate documents to effect this substitution. EpicRealm and QuinStreet have not reached an agreement on this issue.

With respect to Oracle:

**Oracle's Document Production.** Oracle has not completed its document production regarding Oracle products long known to be at issue and will not commit to a date for its completion.

**Oracle's Production of Source Code.** Oracle has agreed to produce a Rule 30(b)(6) witness on source code but will not commit to a date for the deposition. Moreover, there is a dispute as to the most convenient location for the deposition.

The Honorable Sue L. Robinson
October 29, 2007
Page 2

With respect to QuinStreet:

        **QuinStreet's Production of Documents.**  At the September 20, 2007 hearing, this Court ordered QuinStreet to produce all the information that QuinStreet has about the five platforms that QuinStreet contends are at issue.[1]  QuinStreet has not produced these documents.

        Respectfully,

        */s/ Richard L. Horwitz*

        Richard L. Horwitz

RLH/msb
828168 / 31393

cc:     Clerk of Court (via hand delivery)
        Counsel of Record (via efiling)

---

[1] Those platforms are:  Apache (stand alone), Apache/Tomcat (JBoss), Apache/Weblogic, Microsoft IIS and Microsoft IIS/JRun.