## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINSTREET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-495-SLR |
| | ) | |
| EPICREALM LICENSING, LP, | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO SUBSTITUTE
### PURSUANT TO RULE 25(C), FED. R. CIV. P.

EpicRealm Licensing, LP ("epicRealm") represents that it has transferred all right, title and interest in the patents in suit to Parallel Networks, LLC ("Parallel Networks") including the right to enforce the patents in suit and to recover for past and future infringement of the patents in suit. EpicRealm therefore does not have any interest in the patents in suit. EpicRealm has been dissolved and no longer exists as a legal entity. As a consequence, epicRealm moves for the substitution of Parallel Networks for epicRealm under Rule 25(c), Fed. R. Civ. P., thereby removing epicRealm from the litigation and substituting Parallel Networks as the defendant and counterclaimant as the real party in interest. This motion is unopposed by QuinStreet, Inc. (Exhibit A - Stipulation).

The parties will coordinate the filing of appropriate pleadings to reflect the substitution. A proposed unopposed order is attached.

OF COUNSEL:

Harry J. Roper
George S. Bosy
Aaron A. Barlow
Patrick L. Patras
David R. Bennett
Paul D. Margolis
Benjamin J. Bradford
JENNER & BLOCK
330 N. Wabash Avenue
Chicago, IL  60611-7603
Tel:  (312) 923-8305

Dated:  November 16, 2007
832336 / 31393

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE  19899
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Defendant epicRealm Licensing, LP and Parallel Networks, LLC, as the real party in interest*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 16, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 16, 2007, I have Hand Delivered and Electronically Mailed the document to the following person(s):

Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

I further certify that on November 16, 2007, I have Electronically Mailed the document to the following person(s):

Robert S. Beiser
David Doyle
Ludwig E. Kolman
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
rbeiser@vedderprice.com
ddoyle@vedderprice.com
lkolman@vedderprice.com
rrigg@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA 94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-495-SLR |
| ) | |
| EPICREALM LICENSING, LP, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT EPICREALM'S UNOPPOSED MOTION TO SUBSTITUTE PURSUANT TO RULE 25(C), FED.R.CIV.P.**

The Court hereby grants defendant epicRealm Licensing, LP's Unopposed Motion To Substitute Pursuant To Rule 25(c), Fed. R. Civ. P. Accordingly, it is:

SO ORDERED that, pursuant to Rule 25(c), Fed. R. Civ. P., and the Stipulation of the parties, Parallel Networks, LLC, is substituted as defendant and counter-plaintiff in place of epicRealm Licensing, LP in Civil Action No. 1:06-cv-00495(SLR) (*Quinstreet, Inc. v. epicRealm Licensing, LP*) and that the new case caption shall be as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 06-495-SLR |
| ) | |
| PARALLEL NETWORKS, LLC, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

_____
United States District Judge

832336 / 31393

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUINSTREET, INC.,

    Plaintiff,

v.

EPICREALM LICENSING, LP,

    Defendant.

No. 06-cv-414 (SLR)

## STIPULATION

This stipulation sets forth the parties' agreement with respect to the substitution of Parallel Networks, LLC ("Parallel Networks") as the new defendant and counterclaimant in this action. EpicRealm Licensing, LP ("epicRealm") represents that it has transferred all right, title and interest in the patents in suit to Parallel Networks including the right to enforce the patents in suit and to recover for past and future infringement of the patents in suit. EpicRealm therefore does not have any interest in the patents in suit. EpicRealm has been dissolved and no longer exists as a legal entity.

In order to effect this change, the parties stipulate as follows:

    (i)    to the dismissal of epicRealm from this action without prejudice;

    (ii)    that Parallel Networks will be substituted for epicRealm as the real party in interest;

    (iii)    that Quinstreet may file its Amended Complaint as to Parallel Networks;

    (iv)    that the action will remain in the District of Delaware;

(v) that Parallel Networks will not raise the transfer or dismissal of epicRealm as a basis for opposing or withholding discovery of any person, document or thing requested in discovery by Quinstreet.

Agreed:

_____    Dated: November 14, 2007
For epicRealm Licensing, LP and Parallel
Networks, LLC

_____    Dated: November 14, 2007
for Quinstreet, Inc.

CHICAGO/#1709687.3

-2-