IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-495-SLR |
| | ) |
| EPICREALM LICENSING, LP, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT EPICREALM'S UNOPPOSED MOTION TO SUBSTITUTE PURSUANT TO RULE 25(C), FED.R.CIV.P.**

The Court hereby grants defendant epicRealm Licensing, LP's Unopposed Motion To Substitute Pursuant To Rule 25(c), Fed. R. Civ. P. Accordingly, it is:

SO ORDERED that, pursuant to Rule 25(c), Fed. R. Civ. P., and the Stipulation of the parties, Parallel Networks, LLC, is substituted as defendant and counter-plaintiff in place of epicRealm Licensing, LP in Civil Action No. 1:06-cv-00495(SLR) (*Quinstreet, Inc. v. epicRealm Licensing, LP*) and that the new case caption shall be as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) C.A. No. 06-495-SLR |
| | ) |
| PARALLEL NETWORKS, LLC, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

_____  11/20/07
United States District Judge

832336 / 31393