IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUINSTREET, INC.,

      Plaintiff/Counterclaim
      Defendant,

v.

PARALLEL NETWORKS, LLC,

      Defendant/Counterclaim
      Plaintiff.

C.A. No. 06-495-SLR

### PLAINTIFFS' NOTICE OF DEPOSITION OF FRANK C. EARL

TO:    Richard L. Horwitz               Harry J. Roper
         David E. Moore                Jenner & Block
         Potter Anderson & Corroon LLP    330 N. Wabash Avenue
         1313 N. Market Street          Chicago, IL 60611-7603
         Hercules Plaza, 6th Floor
         P.O. Box 951
         Wilmington, DE 19899

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiff Quinstreet, Inc. ("Quinstreet") will take the deposition upon oral examination of Frank C. Earl at Townsend at 4144 No. Central Expressway, Suite 850, Dallas, Texas, beginning at 10:30 a.m. on January 24, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other officer duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents. This notice of deposition is complementary to and joins in the notice of deposition previously served by Oracle Corporation and Oracle U.S. H., Inc. for the same date.

- 2 -

You are invited to attend and cross examine.

*/s/ Anne Shea Gaza*

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.*

OF COUNSEL:

Robert S. Beiser
David L. Doyle
Robert S. Rigg
Ludwig E. Kolman
Vedder, Price P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312-609-7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: January 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on January 14, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

*Anne Shea Gaza*
Anne Shea Gaza (#4093)