IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., | |
| Plaintiff/Counterclaim Defendant, | |
| v. | C. A. No. 06-495-SLR |
| PARALLEL NETWORKS, LLC., | |
| Defendant/Counterclaim Plaintiff. | |

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF ROBERT L. WEST

TO:   Richard L. Horwitz               Harry J. Roper
David E. Moore                   Jenner & Block
Potter Anderson & Corroon LLP    330 N. Wabash Avenue
1313 N. Market Street            Chicago, IL 60611-7603
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiff Quinstreet, Inc. ("Quinstreet") will take the deposition upon oral examination of Robert L. West at Townsend and Townsend and Crew LLP, 379 Lytton Avenue, Palo Alto, California 94301, beginning at 10:00 a.m. on January 29, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other officer duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents. This notice of deposition is complementary to and joins in the notice of deposition previously served by Oracle Corporation and Oracle U.S. H., Inc. for the same date.

You are invited to attend and cross examine.

RLF1-3243567-1

*Anne Shea Gaza*

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 N. King  Street
Wilmington, Delaware  19899-0551
(302) 651-7700
*Attorneys for Plaintiff QUINSTREET, INC.*

OF COUNSEL:

Robert S. Beiser
Ludwig E. Kolman
David L. Doyle
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California  94111
(415) 693-2000

Dated:  January 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on January 14, 2008, I sent by Federal Express the foregoing

document to the following non-registered participants:

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603


Anne Shea Gaza (#4093)