IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>PARALLEL NETWORKS, LLC, )<br>)<br>Defendant/Counterclaim Plaintiff. ) | C.A. No. 06-495-SLR |

**NOTICE OF RULE 30(b)(6) DEPOSITION
OF QUINSTREET, INCORPORATED (TOPIC NOS. 18-19)**

PLEASE TAKE NOTICE that on February 6, 2008 at 9:00 a.m. at Jenner & Block LLP, 330 North Wabash Avenue, Chicago, Illinois 60611, or at such other time and place as agreed to by the parties, Defendant and Counterclaim Plaintiff Parallel Networks, LLC, pursuant to Fed. R. Civ. P. 26 and 30, shall take the deposition upon oral examination of Plaintiff and Counterclaim Defendant QuinStreet, Incorporated. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), QuinStreet, Incorporated shall designate one or more officers, directors, managing agents or other representatives who consent to testify on its behalf, to testify to matters known or reasonably available to QuinStreet, Incorporated regarding the topics listed herein. To the extent more than one deponent is identified, QuinStreet, Incorporated shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

## **Rule 30(b)(6) Deposition Topics**

In accordance with Fed. R. Civ. P. 30(b)(6), Parallel Networks, LLC identifies the following matters for examination:

> 18.  The identification of each of QuinStreet's customers that utilize the accused products (all platforms operated by QuinStreet for producing dynamic web pages that use Apache software, including the three platforms identified by QuinStreet that are at issue in this litigation), QuinStreet's largest 100 customers ranked on the basis of revenue to QuinStreet for such products for the period of QuinStreet's fiscal years 1999-2007, fees and the fee structure charged to these customers, QuinStreet's revenues for each of those customers and the identification of any QuinStreet agreement to indemnify those customers for patent infringement.
>
> 19.  With respect to all of QuinStreet's customers that utilize the accused products (all platforms operated by QuinStreet for producing dynamic web pages that use Apache software, including the three platforms identified by QuinStreet that are at issue in this litigation) for the period of 1999-2007, the geographic location of those customers, the geographic location where the customers' websites are hosted by QuinStreet, and the geographic location of all machine readable media for utilizing the accused products.

For purposes of Topic Nos. 18-19, "QuinStreet" means QuinStreet, Incorporated, Plaintiff and Counterclaim Defendant in this action, and all predecessors, successors, subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of QuinStreet.

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL  60611-7603<br>Tel:  (312) 923-8305<br><br>Dated:  January 25, 2008<br>844710 / 31393 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Parallel Networks, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 25, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19899<br>rbeiser@vedderprice.com<br>rzachar@vedderprice.com<br>lkolman@vedderprice.com | Robert S. Beiser<br>David Doyle<br>Ludwig E. Kolman<br>Robert S. Rigg<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>222 North LaSalle Street, Suite 2500<br>Chicago, IL 60601<br>rbeiser@vedderprice.com<br>ddoyle@vedderprice.com<br>lkolman@vedderprice.com<br>rrigg@vedderprice.com |
| Gordon C. Atkinson<br>Cooley Godward LLP<br>101 California Street, 5th Flr.<br>San Francisco, CA 94111<br>atkinsongc@cooley.com | |

 

                                              /s/ *David E. Moore*
                                              Richard L. Horwitz
                                              David E. Moore
                                              Potter Anderson & Corroon LLP
                                              Hercules Plaza – Sixth Floor
                                              1313 North Market Street
                                              P.O. Box 951
                                              Wilmington, DE 19899-0951
                                              (302) 984-6000
                                              rhorwitz@potteranderson.com
                                              dmoore@potteranderson.com

788478 / 31393 / QuinStreet