IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | C.A. No. 06-495-SLR |
| v. ) | |
| ) | |
| PARALLEL NETWORKS, LLC, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

**NOTICE OF RULE 30(b)(6) DEPOSITION
OF QUINSTREET, INCORPORATED (TOPIC NOS. 14-17)**

PLEASE TAKE NOTICE that on February 5, 2008 at 9:00 a.m. at 330 North Wabash Avenue, Chicago, Illinois 60611, or at such other time and place as agreed to by the parties, Defendant and Counterclaim Plaintiff Parallel Networks, LLC, pursuant to Fed. R. Civ. P. 26 and 30, shall take the deposition upon oral examination of Plaintiff and Counterclaim Defendant QuinStreet, Incorporated. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), QuinStreet, Incorporated shall designate one or more officers, directors, managing agents or other representatives who consent to testify on its behalf, to testify to matters known or reasonably available to QuinStreet, Incorporated regarding the topics listed herein. To the extent more than one deponent is identified, QuinStreet, Incorporated shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

### **Rule 30(b)(6) Deposition Topics**

In accordance with Fed. R. Civ. P. 30(b)(6), epicRealm identifies the following matters for examination:

14. The facts, documents, testimony and other information upon which QuinStreet relies in support of its allegation in paragraph 11 of its amended reply to Parallel Networks' Counterclaim that Parallel Networks "is now precluded from seeking ... damages accruing prior to the filing of this action ... by the doctrine of laches."

15. The facts, documents, testimony and other information upon which QuinStreet relies in support of its allegation in paragraph 12 of its amended reply to Parallel Networks' Counterclaim that "Parallel Networks' Amended Counterclaim for relief and prayer for damages are barred, in whole or in part, by the doctrines of waiver and estoppel."

16. The facts, documents, testimony and other information upon which QuinStreet relies in support of its statement that "[h]ad epicRealm asserted its rights in a more timely fashion, QuinStreet would have had the opportunity to investigate and employ other platforms not subject to the patents" as set forth in QuinStreet's Response to Interrogatory No. 4.

17. The facts, documents, testimony and other information upon which QuinStreet bases its statement that this litigation has had a "negative market impact on its business" and has caused QuinStreet to lose "several current or prospective clients" as set forth in QuinStreet's Response to Interrogatory No. 4.

For purposes of Topic Nos. 14-17, "QuinStreet" means QuinStreet, Incorporated, Plaintiff and Counterclaim Defendant in this action, and all predecessors, successors, subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of QuinStreet, Incorporated.

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br>Tel: (312) 923-8305<br><br>Dated: January 25, 2008<br>844709 / 31393 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Parallel Networks, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 25, 2008, I have Electronically Mailed the document to the following person(s):

Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Robert S. Beiser
David Doyle
Ludwig E. Kolman
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
rbeiser@vedderprice.com
ddoyle@vedderprice.com
lkolman@vedderprice.com
rrigg@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA 94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788478 / 31393 / QuinStreet