IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | C.A. No. 06-495-SLR |
| v. ) | |
| ) | |
| PARALLEL NETWORKS, LLC, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

### NOTICE OF RULE 30(b)(6) DEPOSITION
### OF QUINSTREET, INC. (TOPIC NOS. 33-36)

PLEASE TAKE NOTICE that on February 15, 2008 at 9:00 a.m. at the offices of Jenner & Block LLP, Chicago, Illinois 60611, or at such other time and place as agreed by the parties, Defendant and Counterclaim Plaintiff Parallel Networks, LLC, pursuant to Fed. R. Civ. P. 26 and 30, shall take the deposition upon oral examination of Plaintiff and Counterclaim Defendant QuinStreet, Inc. The deposition will continue from day to day until completed and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and video means.

Pursuant to Fed. R. Civ. P. 30(b)(6), QuinStreet, Inc. shall designate one or more officers, directors, managing agents or other representatives who consent to testify on its behalf, to testify to matters known or reasonably available to QuinStreet, Inc. regarding the topics listed herein. To the extent more than one deponent is identified, QuinStreet, Inc. shall state in advance of the deposition which portions of this notice each deponent is prepared to address.

### Rule 30(b)(6) Deposition Topics

In accordance with Fed. R. Civ. P. 30(b)(6), Parallel Networks, LLC identifies the following matters for examination:

33. The date and circumstances upon which QuinStreet first became aware of each of the patents in suit.

34. QuinStreet's investigation into the patents in suit, including investigation into the scope of the claims, investigation into whether any of QuinStreet's products and services are covered by the claims of the patents in suit, and investigation into the validity and enforceability of the patents in suit.

35. QuinStreet's remedial action(s) taken to avoid infringement of the patents in suit, including any efforts to obtain advice of counsel and any consideration taken with respect to licensing of the patents in suit.

36. QuinStreet's opinions of counsel referenced in the November 16, 2007 letter from Anne Shea Gaza to Paul Margolis, including the persons who rendered those opinions whether oral or written, the dates on which those opinions were rendered, the materials reviewed for and cited in those opinions, the analysis provided in those opinions and the QuinStreet products and services which pertain to those opinions.

For purposes of Topic Nos. 33-36, "QuinStreet" means QuinStreet, Inc., Plaintiff and Counterclaim Defendant in this action, and all predecessors, successors, subsidiaries, divisions, parents and/or affiliates thereof, past or present, and all past or present officers, directors, affiliates, agents, employees, attorneys, consultants, representatives and any other person acting or purporting to act on behalf of QuinStreet. For purposes of Topic Nos. 33-35, "the patents in suit" means U.S. Patent No. 6,415,335, entitled "System and Method for Managing Dynamic Web Page Generation Requests," and U.S. Patent No. 5,894,554, entitled "System for Managing Dynamic Web Page Generation Requests by Intercepting Request at Web Server and Routing to Page Server thereby Releasing Web Server to Process Other Requests."

You are invited to attend and exercise your rights under the Federal Rules of Civil Procedure.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br>Tel: (312) 923-8305<br><br>Dated: January 29, 2008<br>845228 / 31393 / QuinStreet | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaim*<br>*Plaintiff Parallel Networks, LLC* |

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 29, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 29, 2008, the document was served on the following person(s) as indicated below:

**VIA HAND DELIVERY**

Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899

**VIA ELECTRONIC MAIL**

Robert S. Beiser
David Doyle
Ludwig E. Kolman
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL  60601
rbeiser@vedderprice.com
ddoyle@vedderprice.com
lkolman@vedderprice.com
rrigg@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA  94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com