IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARALLEL NETWORKS, LLC, <br><br> Defendant. | C.A. No. 06-495-SLR |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time by which Plaintiff Quinstreet, Inc. shall file its Reply Brief in Support of Its Motion for Leave to file a Third-Party Complaint Against Microsoft Corporation is hereby extended through and including February 14, 2008.

| | |
|---|---|
| /s/ Anne Shea Gaza <br> Jeffrey L. Moyer (#3309) <br> Anne Shea Gaza (#4093) <br> Richards, Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> moyer@rlf.com <br> gaza@rlf.com <br> *Attorneys for Plaintiff* <br> *Quinstreet, Inc.* | /s/ David E. Moore <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, Delaware 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> *Attorneys for Defendant* <br> *Parallel Networks, LLC* |

SO ORDERED this _____ day of _____, 2008,

_____
Hon. Sue L. Robinson
United States District Judge

RLF1-3248476-1