IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | C.A. No. 06-495-SLR |
| v. ) | |
| ) | |
| PARALLEL NETWORKS, LLC, ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

### DEFENDANT PARALLEL NETWORKS' MOTION TO STRIKE PLAINTIFF'S INEQUITABLE CONDUCT CHARGE

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant Parallel Networks hereby moves to strike Plaintiff QuinStreet's inequitable conduct charge set forth in paragraphs 6-10 of the affirmative defenses in QuinStreet, Inc.'s Second Amended Reply To Defendant Parallel Networks, LLC's Response To Plaintiff's Amended Complaint For Declaratory Judgment And Counterclaim. This motion is based upon the grounds described in the accompanying Defendant Parallel Networks' Memorandum In Support Of Its Motion To Strike Plaintiff's Inequitable Conduct Charge, the papers and pleadings on file, and the complete record in this action.

### RULE 7.1.1 CERTIFICATION

Pursuant to Local Rule 7.1.1, Parallel Networks sought QuinStreet's consent to Defendant Parallel Networks' Motion To Strike Plaintiff's Inequitable Conduct Charge but QuinStreet declined to so stipulate.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Harry J. Roper<br>George S. Bosy<br>Aaron A. Barlow<br>Patrick L. Patras<br>David R. Bennett<br>Paul D. Margolis<br>Benjamin J. Bradford<br>JENNER & BLOCK<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br>Tel: (312) 923-8305<br><br>Dated: January 30, 2008<br>845515 / 31393 / QuinStreet | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaim Plaintiff Parallel Networks, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 30, 2008, the attached document was Electronically Mailed to the following person(s):

Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Robert S. Beiser
David Doyle
Ludwig E. Kolman
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL 60601
rbeiser@vedderprice.com
ddoyle@vedderprice.com
lkolman@vedderprice.com
rrigg@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA 94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788478 / 31393 / QuinStreet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PARALLEL NETWORKS, LLC,<br><br>    Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)   C.A. No. 06-495-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER ON DEFENDANT PARALLEL NETWORKS' MOTION TO STRIKE**
**<u>PLAINTIFF'S INEQUITABLE CONDUCT CHARGE</u>**

The Court having considered Defendant Parallel Networks' Motion To Strike Plaintiff's Inequitable Conduct Charge;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Paragraphs 6-10 are stricken from QuinStreet, Inc.'s Second Amended Reply To Defendant Parallel Networks, LLC's Response To Plaintiff's Amended Complaint For Declaratory Judgment And Counterclaim.

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

845515/31393