# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> PARALLEL NETWORKS, LLC, <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 06-495-SLR |

## PLAINTIFF'S NOTICE OF DEPOSITION OF BRADLEY CARL

TO:  Richard L. Horwitz              Harry J. Roper
     David E. Moore                  Jenner & Block
     Potter Anderson & Corroon LLP   330 N. Wabash Avenue
     1313 N. Market Street           Chicago, IL 60611-7603
     Hercules Plaza, 6th Floor
     P.O. Box 951
     Wilmington, DE 19899

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiff Quinstreet, Inc. ("Quinstreet") will take the deposition upon oral examination of Bradley Carl at Jenner & Block, 330 North Wabash, Chicago, Illinois, 60611, beginning at 9:00 a.m. on February 15, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other office duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents. Pursuant to agreement between the parties, Oracle Corporation and Oracle U.S. H., Inc. will also be participating in the deposition.

You are invited to attend and cross examine.

|  |  |
|---|---|
| OF COUNSEL.: | /s/ Anne Shea Gaza<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19899-0551<br>302-651-7700<br><br>*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.* |
| Robert S. Beiser<br>David L. Doyle<br>Robert S. Rigg<br>Ludwig E. Kolman<br>Vedder, Price P.C.<br>222 North LaSalle Street<br>Suite 2500<br>Chicago, Illinois 60601<br>312-609-7500 | |

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: February 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on February 12, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)