IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br> Plaintiff/Counterclaim <br> Defendant, <br><br> v. <br><br> PARALLEL NETWORKS, LLC, <br><br> Defendant/Counterclaim <br> Plaintiff. | C.A. No. 06-495-SLR |

### PLAINTIFF'S NOTICE OF DEPOSITION OF JAMES H. SALTER

TO:    Richard L. Horwitz                 Harry J. Roper
        David E. Moore                   Jenner & Block
        Potter Anderson & Corroon LLP    330 N. Wabash Avenue
        1313 N. Market Street           Chicago, IL 60611-7603
        Hercules Plaza, 6th Floor
        P.O. Box 951
        Wilmington, DE 19899

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiff Quinstreet, Inc. ("Quinstreet") will take the deposition upon oral examination of James H. Salter at Northern California Court Reporters, 3610 American River Drive, Suite 114, Sacramento, CA, beginning at 10:30 a.m. on February 21, 2008 and continuing day to day thereafter until completed. The deposition will be taken before a notary public or other office duly authorized by law to administer oaths and may be videotaped. A subpoena is being issued for the witness's attendance and for the production of documents.

You are invited to attend and cross examine.

- 2 -

OF COUNSEL:

Robert S. Beiser
David L. Doyle
Robert S. Rigg
Ludwig E. Kolman
Vedder, Price P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312-609-7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: February 12, 2008

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on February 12, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

_____
Anne Shea Gaza (#4093)