IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARALLEL NETWORKS, LLC <br><br> Defendant. | C.A. No. 06-495 (SLR) |

### PLAINTIFF QUINSTREET, INC.'S REQUEST FOR ORAL ARGUMENT

Plaintiff QuinStreet, Inc., ("QuinStreet"), pursuant to Local Rule 7.1.4, hereby files this request for oral argument on its Motion for Leave to File Third-Party Complaint, filed January 4, 2008 (D.I. 60.)

1. On January 4, 2008, pursuant to the Court's Scheduling Order, QuinStreet filed its motion for leave to file its third-party Complaint against Microsoft Corporation. (D.I. 60.)

2. On January 18, 2008, Defendant-Counterplaintiff Parallel Networks, LLC ("Parallel") filed its response in opposition to QuinStreet's motion. (D.I. 69.)

3. Concurrent with this request for oral argument, QuinStreet files its reply in support of its motion for leave to file its third-party Complaint against Microsoft.

4. QuinStreet requests oral argument on this issue because the ruling on its motion will impact the parties' discovery obligations, in addition to the theory of the parties' claims and counterclaims.

5. In addition, counsel for Parallel and QuinStreet have been discussing a joint request for a discovery conference with the Court. Given that the parties already intend to jointly request such conference with the Court, oral argument on QuinStreet's motion will not cause any additional burden on the Court or the parties. QuinStreet respectfully requests that given the

parties' various locations, any oral argument, in addition to the discovery conference, be held via teleconference.

WHEREFORE, QuinStreet respectfully requests that this Court grant its request for oral argument, to be scheduled at the convenience of the Court and the parties.

*/s/ Anne Shea Gaza*
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

*Attorneys for Plaintiff QuinStreet, Inc.*

OF COUNSEL:

Robert S. Beiser
Ludwig E. Kolman
David L. Doyle
Robert S. Rigg
Vedder Price P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312.609.7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415.693.2000

Dated: February 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on February 14, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)