RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

February 15, 2008

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:  *QuinStreet, Inc. v. Parallel Networks, LLC*, C.A. No. 06-495-SLR

Dear Judge Robinson:

We write on behalf of plaintiff Quinstreet, Inc. to provide Your Honor with copies of Quinstreet's Reply Brief in Support of Its Motion For Leave to File a Third Party Complaint Against Microsoft Corporation and Quinstreet's Request for Oral Argument, which were electronically filed with the Court last evening. Should Your Honor have any questions regarding the foregoing or the enclosed, undersigned counsel is available at the Court's convenience.

Respectfully,

Anne Shea Gaza /afg (#4395)

Anne Shea Gaza
(#4093)

ASG/afg
Enclosures
cc:  David E. Moore, Esquire
     Harry J. Roper, Esquire
     David Doyle, Esquire

RLF1-3254359-1