
**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

February 15, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

> Re:  QuinStreet, Inc. v. Parallel Networks, LLC
>      C.A. No. 06-495-SLR

Dear Judge Robinson:

    We have received QuinStreet's request for oral argument on its motion for leave to file a third-party complaint. Although we do not believe oral argument is necessary, we would be happy to appear and argue if that would be helpful to the Court.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM/msb
848914 / 31393 / QuinStreet

cc:  Clerk of the Court (via hand delivery)
     Counsel of Record (via electronic mail)