**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QUINSTREET, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | C.A. No. 06-495-SLR |
| v. | ) | |
| | ) | |
| PARALLEL NETWORKS, LLC, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**DECLARATION OF ANGELA M. TERRY IN SUPPORT OF PARALLEL NETWORKS'
REPLY IN SUPPORT OF ITS MOTION TO STRIKE AND ITS MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR LEAVE
TO AMEND ITS DECLARATORY JUDGMENT COMPLAINT**

I, Angela M. Terry, declare as follows:

1.  I am a member of good standing of the State Bar of Illinois and an attorney at the law

firm of Jenner & Block, LLP, counsel for Defendant, Parallel Networks, LLC ("Parallel

Networks"). I have personal knowledge of the matters stated and could competently testify to

them if I were called as a witness.

2.  Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 4,924,011

entitled "Process for Preparing Taxol" referenced in *Bristol-Myers Squibb Co. v. Rhone-Poulenc

Rorer, Inc.*, 326 F.3d 1226 (Fed. Cir. 2003).

3.  Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,894,554

entitled "System for Managing Dynamic Web Page Generation Requests by Intercepting Request

at Web Server and Routing to Page Server Thereby Releasing Web Server to Process Other

Requests."

4.  Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,415,335

entitled "System and Method for Managing Dynamic Web Page Generation Requests."

5.  Attached hereto as Exhibit D is a true and correct copy of a letter from Patrick L. Patras to David L. Doyle dated September 10, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on this 19th day of February, 2008 at Chicago, Illinois.

By: */s/ Angela M. Terry*
Angela M. Terry
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611
Tel: (312) 840-8648
aterry@jenner.com

*Attorney for Defendant*
*Parallel Networks, LLC*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 19, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 19, 2008, the attached document was Electronically Mailed to the following person(s):

Jeffrey L. Moyer
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19899
rbeiser@vedderprice.com
rzachar@vedderprice.com
lkolman@vedderprice.com

Robert S. Beiser
David Doyle
Ludwig E. Kolman
Robert S. Rigg
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2500
Chicago, IL  60601
rbeiser@vedderprice.com
ddoyle@vedderprice.com
lkolman@vedderprice.com
rrigg@vedderprice.com

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, CA  94111
atkinsongc@cooley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

788478 / 31393 / QuinStreet

# Exhibit A

# United States Patent [19]

## Denis et al.

[11]  Patent Number:  **4,924,011**

[45]  Date of Patent:  **May 8, 1990**

[54]  **PROCESS FOR PREPARING TAXOL**

[75]  Inventors:  **Jean-Noel Denis; Andrew E. Greene,** both of Uriage; **Daniel Guenard,** Montrouge; **Francoise Gueritte-Voegelein,** Les Ulis, all of France

[73]  Assignee:  **Centre National De La Recherche Scientifique,** Paris, France

[21]  Appl. No.: **331,807**

[22]  Filed:  **Apr. 3, 1989**

[30]  **Foreign Application Priority Data**

Apr. 6, 1988 [FR]  France ................................. 88 04512

[51]  Int. Cl.[5] ............................................ **C07D 305/14**
[52]  U.S. Cl. ........................................ **549/510;** 549/511
[58]  Field of Search .................................. 549/510, 511

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

4,814,470  3/1989  Colin et al. ......................... 514/449
4,857,653  8/1989  Colin et al. .

### OTHER PUBLICATIONS

Gué ritte–Voegelein et al, J. Natural Products, 50 (1), pp. 9–18, 1987.
Lataste et al, Pro. Natl. Acad. Sci. USA, 81, pp. 4090–4094, Jul. 1984.

*Primary Examiner*—Glennon H. Hollrah
*Assistant Examiner*—Ba K. Trinh
*Attorney, Agent, or Firm*—Stevens, Davis, Miller & Mosher

[57]  **ABSTRACT**

Process for preparing taxol by the condensation of a (2R, 3S) acid of general formula (I) with a taxan derivative of general formula (II), followed by the removal of the groups $R_2$ and $R_3$ protecting the hydroxy groups.



**11 Claims, No Drawings**

4,924,011

1

## PROCESS FOR PREPARING TAXOL

The present n relates to a process for preparing taxol from a derivative of 10-deacetylbaccatine III or baccatine.

Among taxan derivatives which correspond to the general formula:



taxol is that for which R denotes an acetyl radical and $R_1$ denotes a (2'R,3'S) —OCO—CHOH—CH($C_6H_5$)—NHCOC$_6$H$_5$ radical, 10-deacetylbaccatine III is that for which R denotes a hydrogen atom and $R_1$ denotes a hydroxy radical and baccatine III is that for which R denotes an acetyl radical and $R_1$ denotes a hydroxy radical.

Whereas taxol exhibits noteworthy properties in vitro as a promoter of tubulin polymerization and as an inhibitor of tubule depolymerization, and as a result constitutes an especially important antileukaemic and antitumour agent, 10-deacetylbaccatine III and baccatine III do not manifest these activities.

Taxol and baccatine III are extracted with difficulty and in generally low yields, of the order of 100 mg/kg in the case of taxol, from the trunk barks of different Taxus species.

Baccatine III is found in larger amounts in the wood of these different plant species.

In contrast, 10-deacetylbaccatine III is extracted much more readily and in better yields (300 mg/kg of leaves) from yew leaves.

A process enabling taxol to be prepared from 10-deacetylbaccatine III, which is readily accessible and whose production does not necessitate the total destruction of the plant species, is hence especially advantageous.

In European Patent Application EP No. 253,739, the preparation was described of taxol and 10-deacetyltaxol from a taxan derivative of general formula:



The preparation of this from baccatine III or from 10-deacetylbaccatine III, forms the subject of European Patent Application EP No. 253,738, and necessitates the intermediate separation of the diastereoisomers. As a result, it is impossible for all the baccatine III or 10-

2

deacetylbaccatine III introduced to yield taxol having the appropriate configuration.

The present invention provides a process for preparing taxol of formula:



in which a (2R, 3S) 3-phenylisoserine derivative of general formula:



in which $R_2$ is a hydroxy-protecting group, is esterified with a taxan derivative of general formula:



in which $R_3$ is a hydroxy-protecting group, and the protecting groups $R_2$ and $R_3$ are then both replaced by hydrogen.

This process may be used to produce taxol in good yield from a starting material which is easily obtained in quantity.

In the general formula (III), $R_2$ denotes, more especially, a methoxymethyl, 1-ethoxyethyl, benzyloxymethyl, ($\beta$-trimethylsilylethoxy)methyl, tetrahydropyranyl or 2,2,2-trichloroethoxycarbonyl radical. Preferably, $R_2$ is a 1-ethoxyethyl radical.

In the general formula (IV), $R_3$ denotes, more especially, a trialkylsilyl radical in which each alkyl portion contains 1 to 3 carbon atoms. Preferably, $R_3$ is a trimethylsilyl or triethylsilyl radical It is especially advantageous to use a product of general formula (IV) in which $R_3$ denotes a triethylsilyl radical.

In general, the esterification of the taxan derivative of general formula (IV) with the acid of general formula (III) is performed in the presence of a condensing agent, for example a carbodiimide such as dicyclohexylcarbodiimide or a reactive carbonate such as di-2-pyridyl carbonate, and an activating agent, for example a dialkylaminopyridine such as 4-dimethylaminopyridine, working in an aromatic solvent such as benzene, tolu-

4,924,011

| 3 | 4 |

ene, a xylene, ethylbenzene, isopropylbenzene or chlorobenzene at a temperature of between 60° and 90° C.

In general, an excess of acid of general formula (III) and of condensing agent (dicyclohexylcarbodiimide, di-2-pyridyl carbonate) is used, preferably 6 to 10 moles of each per mole of taxan derivative of general formula (IV), and at least one mole, and preferably 2 to 4 moles, of activating agent (4-dimethylaminopyridine) per mole of taxan derivative of general formula (IV).

The removal of the groups protecting the (2'R,3,S) ester obtained, of general formula:



in which $R_2$ and $R_3$ are defined as above, is generally accomplished by treatment in an acid medium. It is especially advantageous to use an acid such as hydrochloric acid, dissolved in an aliphatic alcohol containing 1 to 3 carbon atoms (methanol, ethanol, propanol, isopropanol) at a temperature in the region of 0° C.

The product of general formula (III) may be obtained by the saponification of a (2R, 3S) ester of general formula:



in which $R_2$ is defined as above and R denotes an alkyl group containing 1 to 4 carbon atoms, and preferably methyl, by means of an inorganic base such as an alkali metal hydroxide (lithium hydroxide, sodium hydroxide) or an alkali metal carbonate or bicarbonate (sodium bicarbonate, potassium carbonate), in an aqueousalcoholic medium such as an ethanol/water or methanol/water mixture, working at a temperature of between 10° and 40° C. and preferably in the region of 25° C.

The product of general formula (VI) may be obtained under the usual conditions for preparation of ethers, and more especially according to the processes described by J. N. Denis et al., J. Org. Chem., 51, 46–50 (1986).

The product of general formula (IV) may be obtained by the action of a halotrialkylsilane on baccatine III or on 10-deacetylbaccatine III, followed, in the latter case, by the acetylation of the intermediate 7-trialkylsilyl-10-deacetylbaccatine III obtained.

In general, the reaction of the halotrialkylsilane with baccatine III or with 10-deacetylbaccatine III is performed at a temperature in the region of 20° C., working in a basic organic solvent such as pyridine or in an inert organic solvent such as chloroform or dichloroethane in the presence of a tertiary amine such as triethylamine, Hünig's base or pyridine.

The acetylation of the 7-trialkylsilyl-10-deacetylbaccatine III is generally accomplished by means of acetyl chloride, working at a temperature in the region of 0° C. in a basic organic solvent such as pyridine or in an inert organic solvent such as methylene chloride, chloroform or dichloroethane in the presence of a tertiary amine such as pyridine or Hünig's base.

The example which follows, given without implied limitation, shows how the invention can be put into practice.

## EXAMPLE

42.8 mg (0.12 mmol) of N-benzoyl-O-(1-ethoxy-



ethyl)-3-phenylisoserine in 1 cm³ of anhydrous toluene are introduced under an argon atmosphere into a 5-cm³ round-bottomed flask equipped with a magnetic stirrer. 25.9 mg (0.12 mmol) of di-2-pyridyl carbonate are then added. The mixture is left to react for 4 to 5 minutes, and 4.9 mg (0.04 mmol) of 4-dimethylaminopyridine and 14 mg (0.02 mmol) of 7-triethylsilylbaccatine III are then added in a single portion. The colourless and homogeneous solution is left for 3 to 4 minutes, and then heated for 10 hours at 72°–74° C. After being cooled, the reaction mixture is diluted by adding ethyl acetate. The organic solution is washed 3 times with saturated aqueous sodium bicarbonate solution, twice with water and then twice with saturated sodium chloride solution. The organic phase is dried over anhydrous sodium sulphate. After filtration and removal of the solvents under reduced pressure (20 mm of mercury; 2.7 kPa), the residue obtained is purified by analytical thin-layer chromatography on silica, eluting with an ether/methylene chloride (5:95 by volume) mixture, 4 runs being performed. 8.4 mg (0.0081 mmol) of ester of general formula (V) in which $R_2$ denotes a 1-ethoxyethyl radical and $R_3$ denotes a triethylsilyl radical is thereby obtained, in a 40% yield, in the form of a mixture of 2 epimers in the ratio 60:40, melting at 169°–173° C. after recrystallization in a methylene chloride/pentane mixture.

5.8 mg of 7-triethylsilylbaccatine III are recovered. The ester obtained has the following characteristics:

optical rotation: $[\alpha]^{24} = -33.7°$ (c=0.41; methanol)

infrared spectrum (film): 3450, 3300, 3060, 3025, 2950, 2930, 2900, 2870, 1740, 1720, 1640, 1600, 1580, 1520, 1480, 1450, 1365, 1310, 1260, 1240, 1175, 1140, 1105, 1090, 1080, 1020, 980, 945, 820 and 710 cm⁻¹

proton nuclear magnetic resonance spectrum (300 MHz; deuterated chloroform; chemical shift in ppm; coupling constants J in Hz):

0.53–0.62 (m, 6H); 0.93 (t, J=8, 9H); 1.00 (t, J=7, less abundant epimer 3H); 1.04 (t, J =7, preponderant epimer 3H); 1.18 (preponderant epimer) and 1.19 (less abundant epimer) (2s, 3H); 1.22 (s, 3H); 1.20 and 1.29 (2d, J=5.3, 3H); 1.70 (s, 3H); 1.85–1.95 (m, 1H); 2.00 and 2.01 (2d, J=1.2, 3H); 2.05–2.20 (m, 1H); 2.16 (s, 3H);

4,924,011

5

2.26–2.40 (m, 1H); 2.40 (preponderant epimer) and 2.53 (less abundant epimer) (2s, 3H); 2.46–2.59 (m, 1H); 3.04–3.44 (m, 2H); 3.81 (preponderant epimer) and 3.83 (less abundant epimer) (2d, $J=7$, 1H); 4.24 (less abundant epimer) and 4.26 (preponderant epimer) (2ABq, $J_{AB}=8.1$, $\delta_A - \delta_B=34$, 2H); 4.47 (dd, $J=6.6$ and 10.6, 1H); 4.64 (less abundant epimer) and 4.72 (preponderant epimer) (2d, $J=2.7$ and 3.7, 1H); 4.54 (less abundant epimer) and 4.80 (preponderant epimer) (2q, $J=5.3$, 1H); 4.94 (ps.-t, $J=6.7$ and 7.3, 1H); 5.68–5.76 (m, 2H); 6.24 (ps.-t, $J=8$ and 9, 1H); 6.44 (s, 1H); 7.08 (less abundant epimer) and 7.18 (preponderant epimer) (2d, $J=8.6$ and 8.1, 1H); 7.28–7.53 (m, 10H); 7.57–7.63 (m, 1H); 7.77–7.80 (m, 2H); 8.10–8.15 (m, 2H)

mass spectrum (FAB; NBA matrix): m/e=1040 (MH+)

elemental analysis: $C_{57}H_{73}O_{15}SiN$

| Calculated % | C 65.81 | H 7.07 | N 1.35 |
|---|---|---|---|
| Found | 65.57 | 7.34 | 1.62 |

72 mg (0.009 mmol) of the ester obtained above are introduced at 0° C. under an argon atmosphere into a 10-cm³ round-bottomed flask equipped with a magnetic stirrer. 3.6 cm³ of a 0.5% strength ethanolic hydrochloric acid solution, cooled beforehand to 0° C., are added. The mixture is stirred at 0° C. for 30 hours. When the reaction is complete, the reaction mixture is diluted by adding ethylacetate at 0° C., and water is then added. After settling has taken place, the separated organic phase is washed 5 times with water and twice with saturated sodium chloride solution and is then dried over anhydrous sodium sulphate. After filtration, the solvents are removed under reduced pressure (20 mm of mercury; 2.6 kPa). The residue obtained (72 mg) is purified by preparative thinlayer chromatography on silica, eluting with a dichloromethane/methanol (90:10 by volume) mixture. 54 mg (0.063 mmol) of taxol are thereby obtained.

The yield is 91%.

The taxol thereby obtained has the following characteristics:

optical rotation: $[\alpha]_D^{24} = -49.7°$ (c=0.36; methanol)

infrared spectrum (film): 3400, 3060, 3025, 3000, 2950, 2900, 1740, 1720, 1650, 1600, 1580, 1520, 1480, 1450, 1370, 1315, 1260, 1240, 1180, 1110, 1070, 1030, 980, 950, 905, 800 and 710 cm⁻¹

proton nuclear magnetic resonance spectrum (300 MHz; deuterated chloroform; chemical shifts in ppm; coupling constants in Hz):

1.15 (s, 3H); 1.24 (s, 3H); 1.69 (s, 3H); 1.80 (s, 3H); 1.83 (s, 1H); 1.83–1.93 (m, 1H); 2.24 (s, 3H); 2.28–2.39

(m, 2H); 2.39 (s, 3H); 2.47 (d, $J=4$, 1H); 2.48–2.57 (m, 1H); 3.55 (d, $J=5$, 1H); 3.80 (d, $J=7$, 1H); 4.25 (ABq, $J_{AB}=8.4$, $\delta_A - \delta_B=32$, 2H); 4.37–4.44 (m, 1H); 4.80 (dd, $J=2.5$ and 5, 1H); 4.95 (d, $J=7.7$, 1H); 5.68 (d, $J=7$, 1H); 5.79 (dd, $J=2.5$ and 8.8, 1H); 6.23 (t, $J=9$, 1H); 6.27 (s, 1H); 6.98 (d, $J=8.8$, 1H); 7.33–7.54 (m, 10H); 7.59–7.64 (m, 1H); 7.72–7.75 (m, 2H); 8.12–8.15 (m, 2H)

¹³C nuclear magnetic resonance spectrum (deuterated chloroform):

9.57 (CH₃); 14.83 (CH₃); 20.83 (CH₃); 21.62 (CH₃); 22.85 (CH₃); 26.69 (CH₃); 35.65 (CH₂); 35.73 (CH₂); 43.20 (C); 45.86 (CH); 55.05 (CH); 58.67 (C); 72.20 (CH); 72.41 (CH); 73.23 (CH); 75.00 (CH); 75.58 (CH); 76.58 (CH₂); 79.10 (C); 81.21 (C); 84.42 (CH); 127.06 (CH); 128.38 (CH); 128.72 (CH); 129.04 (CH); 129.21 (C); 130.22 (CH); 131.97 (CH); 133.26 (C); 133.71 (CH);

6

138.03 (C); 141.98 (C); 167.04 (C); 170.37 (C); 171.22 (C); 172.73 (C); 203.62 (C)

mass spectrum (FAB; NBA matrix): m/e =854 (MH+).

(2R, 3S)-N-Benzoyl-O-(1-ethoxyethyl)-3-phenylisoserine may be obtained in the following manner:

380 mg of N-benzoyl-O-(1-ethoxyethyl)-3-phenylisoserine methyl ester are added into a 100 cm³ round-bottomed flask equipped with a magnetic stirrer and containing 30 cm³ of methanol. To the solution obtained, 15 cm³ of distilled water and 414 mg (3 mmol) of solid potassium carbonate are added. The mixture is stirred for 40 hours at 25° C. and the methanol is then evaporated off under reduced pressure. The residual aqueous phase is extracted several times with ether. The aqueous phase is acidified with 10% strength (w/v) aqueous hydrochloric acid solution and then extracted with dichloromethane. The combined organic phases are washed several times with water and then with saturated sodium chloride solution. The organic phases are dried over anhydrous magnesium sulphate. After filtration and removal of the solvent under reduced pressure, 254 mg (0.711 mmol) of N-benzoyl-O-(1-ethoxyethyl)-3-phenylisoserine are obtained, the characteristics of which are as follows:

melting point: 93°–94° C.

infrared spectrum (film): 3425, 3600–2100, 3060, 3025, 2950, 2925, 1740, 1640, 1600, 1580, 1520, 1480, 1440, 1300, 1140, 1075, 1020, 950, 920, 865, 800, 770 and 700 cm⁻¹

proton nuclear magnetic resonance spectrum (300 MHz; deuterated chloroform; chemical shifts in ppm; coupling constants J in Hz): 0.90 and 1.07 (2t, $J=7$, 3H); 1.24 (d, $J=5.3$, 3H); 2.88–2.99 and 3.24–3.45 (2m, 2H); 4.50 and 4.63 (2d, $J=2.4$, 1H); 4.60 and 4.81 (2q, $J=5.3$, 1H); 5.74–5.80 (m, 1H); 7.26–7.52 (m, 4H); 7.48–7.83 (m, 2H); 7.0–7.8 (broad s, 1H).

(2R, 3S)-N-Benzoyl-O-(1-ethoxyethyl)-3-phenylisoserine methyl ester may be prepared in the following manner:

299 mg (1 mmol) of N-benzoyl-3-phenylisoserine methyl ester, 10 cm³ of dry dichloromethane, 25.1 mg (0.1 mmol) of pyridinium p-toluenesulphonate and 956.4 μl (721 mg; 10 mmol) of ethyl vinyl ether are introduced successively into a 25-cm³ round-bottomed flask equipped with a magnetic stirrer. The reaction mixture is stirred for 3 hours at 25° C. When the reaction is complete, 1 drop of pyridine is added and the reaction mixture is then diluted by adding dichloromethane. The organic phase is washed twice with water and then with saturated sodium chloride solution, and dried over anhydrous sodium sulphate. After filtration and removal of the solvents under reduced pressure, 380 mg of N-benzoyl-O-(1-ethoxy- ethyl)-3-phenylisoserine methyl ester are obtained in the form of an equimolecular mixture of 2 epimers, the characteristics of which are as follows:

melting point: 124°–125° C. (after recrystallization in a dichloromethane/pentane mixture)

optical rotation: $[\alpha]_D^{23} = -25.9°$ (c=0.54; methanol)

infrared spectrum (film): 3350, 3060, 3025, 2980, 2940, 1740, 1635, 1600, 1580, 1530, 1490, 1435, 1380, 1340, 1320, 1275, 1242, 1198, 1175, 1150, 1080, 1030, 990, 955, 900, 800, 702 and 698 cm⁻¹

**7**

proton nuclear magnetic resonance spectrum (300 MHz; deuterated chloroform; chemical shifts in ppm; coupling constants J in Hz):

0.87 and 0.98 (2t, J=7, 3H); 1.13 and 1.22 (2d, J=5.4, 3H); 2.82 and 2.89 and 3.22–3.36 (m, 2H); 3.755 and 3.76 (2s, 3H); 4.48 and 4.60 (2d, J=2.4, 1H); 4.50 and 4.78 (2q, J=5.4, 1H); 5.64 and 5.68 (2dd, J =2.4 and 8.2, 1H); 7.18 and 7.19 (2d, J=8.2, 1H); 7.23–7.55 (m, 8H); 7.80–7.84 (m, 2H)

mass spectrum (FAB, NBA matrix): m/e =372 (MH+)

elemental analysis: $C_{21}H_{25}O_5N$

| | Calculated % | C 67.90 | H 6.78 | N 3.77 |
|---|---|---|---|---|
| | Found | 67.98 | 6.94 | 3.75 |

N-Benzoyl-3-phenylisoserine methyl ester may be prepared according to J.N. Denis et al., J. Org. Chem., 51. 46–50 (1986).

7-Triethylsilylbaccatine III may be prepared in one of the following ways:

(a) 544 mg (1 mmol) of 10-deacetylbaccatine III, dissolved in 50 cm³ of anhydrous pyridine, are introduced under an argon atmosphere into a 100-cm³ round-bottomed flask equipped with a magnetic stirrer. 3.36 cm³ (3.014 g; 20 mmol) of triethylsilyl chloride are then added. The homogeneous, yellow reaction mixture is then stirred for 24 hours at 0° C. Ethyl acetate and water are then added. After settling has taken place, the separated aqueous phase is extracted with ethyl acetate. The combined organic phases are treated with saturated aqueous copper sulphate solution until the pyridine has been completely removed. The organic phases are washed with water and then with saturated sodium chloride solution, and then dried over anhydrous sodium sulphate. After filtration and evaporation of the solvents under reduced pressure, 2.73 g of a product are obtained, and this is purified on a silica column, eluting with a dichloromethane/methanol (99:1 by volume) mixture. 512 mg (0.778 mmol) of 10-deacetyl-7-triethylsilylbaccatine III are thereby obtained, in a 78% yield, in the form of a white solid, the characteristics of which are as follows:

melting point: 256°–257° C. (after recrystallization in a dichloromethane/pentane mixture)

optical rotation: $[\alpha]^{23}=-23.6°$ (c=0.41; methanol)

infrared spectrum (film): 3450, 2950, 2875, 1735, 1705, 1600, 1580, 1450, 1380, 1275, 1242, 1180, 1140, 1115, 1100, 1075, 1060, 1030, 1020, 1000, 990, 950, 925, 885, 860, 822, 740 and 715 cm⁻¹

proton nuclear magnetic resonance spectrum (300 MHz; deuterated chloroform; chemical shifts in ppm; coupling constants J in Hz):

0.48–0.70 (m, 6H); 0.94 (t, J=8, 9H); 1.08 (s, 6H); 1.57 (s, 1H); 1.74 (s, 3H); 1.86–1.95 (m, 1H); 2.02 (d, J=5, 1H); 2.09 (d, J=1.1, 3H); 2.25–2.35 (m, 2H); 2.28 (s, 3H); 2.42–2.52 (m, 1H); 3.95 (d, J =7, 1H); 4.24 (ABq, $J_{AB}$=8.2, $\delta_A - \delta_B$=42, 2H); 4.24 (d, J =2, 1H); 4.41 (dd, J=6.6 and 10.6, 1H); 4.85–4.90 (m, 1H); 4.95 (dd, J=1.9 and 9.6, 1H); 5.17 (d, J=2, 1H); 5.60 (d, L, J=7, 1H); 7.44–7.50 (m, 2H); 7.57–7.62 (m, 1H); 8.08–8.11 (m, 2H)

¹³C nuclear magnetic resonance spectrum (deuterated chloroform):

5.16 (CH₂); 6.72 (CH₃); 9.92 (CH₃); 15.13 (CH₃); 19.50 (CH₃); 22.60 (CH₃); 26.86 (CH₃); 37.26 (CH₂); 38.64 (CH₂); 42.70 (C); 46.99 (CH); 57.96 (C); 67.95 (CH); 72.95 (CH); 74.68 (CH); 74.83 (CH); 76.57 (CH₂); 78.78 (C); 80.75 (CH); 84.25 (CH); 128.57 (CH); 129.44

**8**

(C); 130.07 (CH); 133.57 (CH); 135.20 (C); 141.78 (C); 167.04 (C); 170.76 (C); 210.31 (C)

mass spectrum (FAB; NBA matrix): m/e=659 (MH )

elemental analysis: $C_{35}H_{50}O_{10}Si$

| | Calculated % | C 63.80 | H 7.65 | Si 4.26 |
|---|---|---|---|---|
| | Found | 63.57 | 7.72 | 4.04 |

43.9 mg (0.075 mmol) of 10-deacetyl-7-triethylsilylbaccatine III, dissolved in 1.87 cm³ of anhydrous pyridine, are introduced under an argon atmosphere into a 10-cm³ round-bottomed flask equipped with a magnetic stirrer. The solution is cooled to 0° C. and 26.6 μl (29.4 mg; 0.375 mmol) of acetyl chloride are then added dropwise. The mixture, which becomes heterogeneous, is stirred for 20 hours at 0° C. A further 26.6 μl of acetyl chloride are added and the mixture is then stirred for 20 hours at 0° C. Ethyl acetate is added, followed by water, at 0° C. After settling has taken place, the separated aqueous phase is extracted twice with ethyl acetate. The combined organic phases are washed with saturated aqueous copper sulphate solution until the pyridine has been completely removed, then with water and then with saturated sodium chloride solution, and are finally dried over anhydrous sodium sulphate. After filtration and removal of the solvents under reduced pressure, the residue obtained (65 mg) is purified by chromatography on a silica gel column, eluting with a dichloromethane-/methanol (99:1 by volume) mixture. 45 mg (0.0643 mmol) of 7-triethylsilylbaccatine III are thereby obtained in an 86% yield, the characteristics of which are as follows:

melting point: 253°–254° C. (after recrystallization in a dichloromethane/pentane mixture)

optical rotation: $[\alpha]^{23}=-48.6°$ (c=0.36; methanol)

infrared spectrum (film): 3500, 2950, 2875, 1720, 1600, 1580, 1450, 1370, 1270, 1240, 1180, 1140, 1110, 1100, 1075, 1050, 1020, 990, 970, 950, 820 740 and 710 cm⁻¹

proton nuclear magnetic resonance spectrum (300 MHz; deuterated chloroform; chemical shifts in ppm; coupling constants J in Hz):

0.52–0.65 (m, 6H); 0.93 (t, J=8, 9H); 1.05 (s, 3H); 1.20 (s, 3H); 1.61 (s, 1H); 1.68 (s, 3H); 1.83–1.92 (m, 2H); 2.01 (d, J=5, 1H); 2.17 (s, 3H); 2.19 (d, J =1.1, 3H); 2.24–2.28 (m, 2H); 2.28 (s, 3H); 2.41–2.58 (m, 1H); 3.88 (d, J=7, 1H); 4.23 (ABq, $J_{Ab}$=8.1, $\delta_A - \delta_B$=45, 2H); 4.45 (dd, J=6.6 and 10.5, 1H); 4.83 (m, 1H); 4.96 (d, J=9.6, 1H); 5.63 (d, J =7, 1H); 6.46 (s, 1H); 7.45–7.50 (m, 2H); 7.57–7.63 (m, 1H); 8.09–8.12 (m, 2H)

¹³C nuclear magnetic resonance spectrum (deuterated chloroform): 5.28; 6.72; 9.93; 14.93; 20.06; 20.93; 22.68; 26.83; 37.24; 38.24; 42.79; 47.24; 58.67; 68.00; 72.35; 74.35; 75.77; 76.57; 78.73; 80.89; 84.22; 128.57; 129.38; 130.09; 132.78; 133.61; 143.83; 167.12; 169.33; 170.76 and 202.12

mass spectrum (FAB; NBA matrix): m/e=701 (MH+)

elemental analysis: $C_{37}H_{52}O_{11}Si$

| | Calculated % | C 63.40 | N 7.48 | Si 4.01 |
|---|---|---|---|---|
| | Found | 63.50 | 7.59 | 3.94 |

(b) 250 mg (0.4266 mmol) of baccatine III, dissolved in 8.5 cm³ of anhydrous pyridine, are introduced under an argon atmosphere into a 25 cm³ round-bottomed flask equipped with a magnetic stirrer. 1.43 cm³ (1.286

4,924,011

9

g; 8.53 mmol) of triethylsilyl chloride are then added. The mixture is stirred for 28 hours at 20° C. Ethyl acetate is added, followed by water. After settling has occurred, the aqueous phase is extracted with ethyl acetate, the combined organic phases are washed with saturated aqueous copper sulphate solution until the pyridine has been completely removed, then with water and finally with saturated aqueous sodium chloride solution. The organic phases are dried over anhydrous sodium sulphate. After filtration and evaporation of the solvents under reduced pressure, a residue (1.35 g) is obtained, and this is purified by filtration on a silica gel column, eluting with dichloromethane/methanol (99:1 by volume) mixture. 248 mg (0.354 mmol) of 7-triethylsilyl baccatine III are thereby obtained, in an 83% yield, in the form of a white solid, melting at 253°–254° C. after recrystallization in a dichloromethane/pentane mixture.

We claim:
1. A process for preparing taxol of formula:



in which a (2R, 3S) 3-phenylisoserine derivative of general formula:



in which R$_2$ is a hydroxy-protecting group, is esterified with a taxan derivative of general formula:



10

in which R$_3$ is a hydroxy-protecting group, and the protecting groups R$_2$ and R$_3$ are then replaced by hydrogen.

2. A process according to claim 1, in which R$_2$ is chosen from methoxymethyl, 1-ethoxyethyl, benzyloxymethyl, (β-trimethylsilylethoxy)methyl, tetrahydropyranyl and 2,2,2-trichloroethoxycarbonyl, and R$_3$ is chosen from trialkylsilyl groups in which each alkyl portion contains 1 to 3 carbon atoms.

3. A process according to claim 2, in which the esterification is performed in the presence of a condensing agent and an activating agent.

4. A process according to claim 3, in which the condensing agent is chosen from carbodiimides and reactive carbonates, and the activating agent is chosen from dialkylaminopyridines.

5. A process according to claim 4, in which the condensing agent is chosen from dicyclohexylcarbodiimide and di-2-pyridyl carbonate and the activating agent is 4-dimethylaminopyridine.

6. A process according to claim 1, in which the reaction is performed in an aromatic organic solvent chosen from benzene, toluene, xylenes, ethylbenzene, isopropylbenzene and chlorobenzene.

7. A process according to claim 1, in which the reaction is performed at a temperature of between 60° and 90° C.

8. A process according to claim 1, in which the replacement of the protecting groups with hydrogen in the intermediate (2'R, 3'S) ester obtained, of general formula:



in which R$_2$ and R$_3$ are as defined in claim 1, is performed in an acid medium.

9. A process according to claim 8, in which the acid medium comprises and inorganic acid dissolved in an aliphatic alcohol containing 1 to 3 carbon atoms.

10. A process according to claim 9, in which the inorganic acid is hydrochloric acid.

11. A process according to claim 8, in which the reaction is performed at a temperature in the region of 0° C.

* * * * *

# Exhibit B

US005894554A

# United States Patent [19]

## Lowery et al.

| [11] | Patent Number: | **5,894,554** |
|---|---|---|
| [45] | **Date of Patent:** | **Apr. 13, 1999** |

[54] **SYSTEM FOR MANAGING DYNAMIC WEB PAGE GENERATION REQUESTS BY INTERCEPTING REQUEST AT WEB SERVER AND ROUTING TO PAGE SERVER THEREBY RELEASING WEB SERVER TO PROCESS OTHER REQUESTS**

[75] Inventors: **Keith Lowery**, Richardson; **Andrew B. Levine**, Plano; **Ronald L. Howell**, Rowlett, all of Tex.

[73] Assignee: **InfoSpinner, Inc.**, Richardson, Tex.

[21] Appl. No.: **08/636,477**

[22] Filed: **Apr. 23, 1996**

[51] Int. Cl.$^6$ ............................ **G06F 13/14**; G06F 13/20
[52] U.S. Cl. ............................ **395/200.33**; 395/200.68; 395/200.75; 395/680; 707/10; 707/104
[58] Field of Search ............................ 358/400; 395/800, 395/700, 200.68, 200.75, 200.53, 680, 200.33; 707/104, 10

[56] **References Cited**

U.S. PATENT DOCUMENTS

| 4,866,706 | 9/1989 | Christophersen et al. | ............. | 370/85.7 |
|---|---|---|---|---|
| 5,341,499 | 8/1994 | Doragh | ............................ | 395/700 |
| 5,392,400 | 2/1995 | Berkowitz et al. | ............................ | 395/200 |
| 5,404,522 | 4/1995 | Carmon et al. | ............................ | 395/650 |
| 5,404,523 | 4/1995 | DellaFera et al. | ............................ | 395/650 |
| 5,404,527 | 4/1995 | Irwin et al. | ............................ | 395/700 |

| 5,452,460 | 9/1995 | Distelberg et al. | ............. | 395/700 |
|---|---|---|---|---|
| 5,532,838 | 7/1996 | Barbari | ............................ | 358/400 |
| 5,751,956 | 5/1998 | Kirsch | ............................ | 395/200.33 |
| 5,761,673 | 6/1998 | Bookman et al. | ............................ | 707/104 |

OTHER PUBLICATIONS

"Beyond the Web: Excavating the Real World Via Mosaic", Goldberg et al, Second International WWW, Oct. 17, 1994. PCT International Search Report, Aug. 21, 1997.

*Primary Examiner*—Thomas C. Lee
*Assistant Examiner*—Rehana Perveen
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

[57] **ABSTRACT**

The present invention teaches a method and apparatus for creating and managing custom Web sites. Specifically, one embodiment of the present invention claims a computer-implemented method for managing a dynamic Web page generation request to a Web server, the computer-implemented method comprising the steps of routing the request from the Web server to a page server, the page server receiving the request and releasing the Web server to process other requests, processing the request, the processing being performed by the page server concurrently with the Web server, as the Web server processes the other requests, and dynamically generating a Web page in response to the request, the Web page including data dynamically retrieved from one or more data sources.

**11 Claims, 5 Drawing Sheets**





FIG. 1



# FIG. 2 (PRIOR ART)



**FIG. 3** (PRIOR ART)



FIG. 4



**FIG. 5**

5,894,554

1

## SYSTEM FOR MANAGING DYNAMIC WEB PAGE GENERATION REQUESTS BY INTERCEPTING REQUEST AT WEB SERVER AND ROUTING TO PAGE SERVER THEREBY RELEASING WEB SERVER TO PROCESS OTHER REQUESTS

### FIELD OF THE INVENTION

The present invention relates to the field of Internet technology. Specifically, the present invention relates to the creation and management of custom World Wide Web sites.

### DESCRIPTION OF RELATED ART

The World Wide Web (the Web) represents all of the computers on the Internet that offer users access to information on the Internet via interactive documents or Web pages. These Web pages contain hypertext links that are used to connect any combination of graphics, audio, video and text, in a non-linear, non-sequential manner. Hypertext links are created using a special software language known as HyperText Mark-Up Language (HTML).

Once created, Web pages reside on the Web, on Web servers or Web sites. A Web site can contain numerous Web pages. Web client machines running Web browsers can access these Web pages at Web sites via a communications protocol known as HyperText Transport Protocol (HTTP). Web browsers are software interfaces that run on World Wide Web clients to allow access to Web sites via a simple user interface. A Web browser allows a Web client to request a particular Web page from a Web site by specifying a Uniform Resource Locator (URL). A URL is a Web address that identifies the Web page and its location on the Web. When the appropriate Web site receives the URL, the Web page corresponding to the requested URL is located, and if required, HTML output is generated. The HTML output is then sent via HTTP to the client for formatting on the client's screen.

Although Web pages and Web sites are extremely simple to create, the proliferation of Web sites on the Internet highlighted a number of problems. The scope and ability of a Web page designer to change the content of the Web page was limited by the static nature of Web pages. Once created, a Web page remained static until it was manually modified. This in turn limited the ability of Web site managers to effectively manage their Web sites.

The Common Gateway Interface (CGI) standard was developed to resolve the problem of allowing dynamic content to be included in Web pages. CGI "calls" or procedures enable applications to generate dynamically created HTML output, thus creating Web pages with dynamic content. Once created, these CGI applications do not have to be modified in order to retrieve "new" or dynamic data. Instead, when the Web page is invoked, CGI "calls" or procedures are used to dynamically retrieve the necessary data and to generate a Web page.

CGI applications also enhanced the ability of Web site administrators to manage Web sites. Administrators no longer have to constantly update static Web pages. A number of vendors have developed tools for CGI based development, to address the issue of dynamic Web page generation. Companies like Spider™ and Bluestone™, for example, have each created development tools for CGI-based Web page development. Another company, Haht Software™, has developed a Web page generation tool that uses a BASIC-like scripting language, instead of a CGI scripting language.

2

Tools that generate CGI applications do not, however, resolve the problem of managing numerous Web pages and requests at a Web site. For example, a single company may maintain hundreds of Web pages at their Web site. Current Web server architecture also does not allow the Web server to efficiently manage the Web page and process Web client requests. Managing these hundreds of Web pages in a coherent manner and processing all requests for access to the Web pages is thus a difficult task. Existing development tools are limited in their capabilities to facilitate dynamic Web page generation, and do not address the issue of managing Web requests or Web sites.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a method and apparatus for creating and managing custom Web sites. Specifically, the present invention claims a method and apparatus for managing dynamic web page generation requests.

In one embodiment, the present invention claims a computer-implemented method for managing a dynamic Web page generation request to a Web server, the computer-implemented method comprising the steps of routing the request from the Web server to a page server, the page server receiving the request and releasing the Web server to process other requests, processing the request, the processing being performed by the page server concurrently with the Web server, as the Web server processes the other requests, and dynamically generating a Web page in response to the request, the Web page including data dynamically retrieved from one or more data sources. Other embodiments also include connection caches to the one or more data sources, page caches for each page server, and custom HTML extension templates for configuring the Web page.

Other objects, features and advantages of the present invention will be apparent from the accompanying drawings and from the detailed description.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a typical computer system in which the present invention operates.

FIG. 2 illustrates a typical prior art Web server environment.

FIG. 3 illustrates a typical prior art Web server environment in the form of a flow diagram.

FIG. 4 illustrates one embodiment of the presently claimed invention.

FIG. 5 illustrates the processing of a Web browser request in the form of a flow diagram, according to one embodiment of the presently claimed invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to a method and apparatus for creating and managing custom Web sites. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent to one of ordinary skill in the art, however, that these specific details need not be used to practice the present invention. In other instances, well-known structures, interfaces and processes have not been shown in detail in order not to unnecessarily obscure the present invention.

FIG. 1 illustrates a typical computer system 100 in which the present invention operates. The preferred embodiment of

5,894,554

| 3 | 4 |

the present invention is implemented on an IBM™ Personal Computer manufactured by IBM Corporation of Armonk. N.Y. An alternate embodiment may be implemented on an RS/6000™ Workstation manufactured by IBM Corporation of Armonk. N.Y. It will be apparent to those of ordinary skill in the art that other computer system architectures may also be employed.

In general, such computer systems as illustrated by FIG. 1 comprise a bus 101 for communicating information, a processor 102 coupled with the bus 101 for processing information. main memory 103 coupled with the bus 101 for storing information and instructions for the processor 102, a read-only memory 104 coupled with the bus 101 for storing static information and instructions for the processor 102, a display device 105 coupled with the bus 101 for displaying information for a computer user, an input device 106 coupled with the bus 101 for communicating information and command selections to the processor 102, and a mass storage device 107, such as a magnetic disk and associated disk drive, coupled with the bus 101 for storing information and instructions. A data storage medium 108 containing digital information is configured to operate with mass storage device 107 to allow processor 102 access to the digital information on data storage medium 108 via bus 101.

Processor 102 may be any of a wide variety of general purpose processors or microprocessors such as the Pentium™ microprocessor manufactured by Intel™ Corporation or the RS/6000™ processor manufactured by IBM Corporation. It will be apparent to those of ordinary skill in the art, however, that other varieties of processors may also be used in a particular computer system. Display device 105 may be a liquid crystal device, cathode ray tube (CRT), or other suitable display device. Mass storage device 107 may be a conventional hard disk drive, floppy disk drive, CD-ROM drive, or other magnetic or optical data storage device for reading and writing information stored on a hard disk, a floppy disk, a CD-ROM a magnetic tape, or other magnetic or optical data storage medium. Data storage medium 108 may be a hard disk, a floppy disk, a CD-ROM, a magnetic tape, or other magnetic or optical data storage medium.

In general, processor 102 retrieves processing instructions and data from a data storage medium 108 using mass storage device 107 and downloads this information into random access memory 103 for execution. Processor 102, then executes an instruction stream from random access memory 103 or read-only memory 104. Command selections and information input at input device 106 are used to direct the flow of instructions executed by processor 102. Equivalent input device 106 may also be a pointing device such as a conventional mouse or trackball device. The results of this processing execution are then displayed on display device 105.

The preferred embodiment of the present invention is implemented as a software module, which may be executed on a computer system such as computer system 100 in a conventional manner. Using well known techniques, the application software of the preferred embodiment is stored on data storage medium 108 and subsequently loaded into and executed within computer system 100. Once initiated, the software of the preferred embodiment operates in the manner described below.

FIG. 2 illustrates a typical prior art Web server environment. Web client 200 can make URL requests to Web server 201 or Web server 202. Web servers 201 and 202 include Web server executables, 201(E) and 202(E) respectively,

that perform the processing of Web client requests. Each Web server may have a number of Web pages 201(1)–(n) and 202(1)–(n). Depending on the URL specified by the Web client 200, the request may be routed by either Web server executable 201(E) to Web page 201 (1), for example, or from Web server executable 202(E) to Web page 202 (1). Web client 200 can continue making URL requests to retrieve other Web pages. Web client 200 can also use hyperlinks within each Web page to "jump" to other Web pages or to other locations within the same Web page.

FIG. 3 illustrates this prior art Web server environment in the form of a flow diagram. In processing block 300, the Web client makes a URL request. This URL request is examined by the Web browser to determine the appropriate Web server to route the request to in processing block 302. In processing block 304 the request is then transmitted from the Web browser to the appropriate Web server, and in processing block 306 the Web server executable examines the URL to determine whether it is a HTML document or a CGI application. If the request is for an HTML document 308, then the Web server executable locates the document in processing block 310. The document is then transmitted back through the requesting Web browser for formatting and display in processing block 312.

If the URL request is a CGI application 314, however, the Web server executable locates the CGI application in processing block 316. The CGI application then executes and outputs HTML output in processing block 318 and finally, the HTML output is transmitted back to requesting Web browser for formatting and display in processing block 320.

This prior art Web server environment does not, however, provide any mechanism for managing the Web requests or the Web sites. As Web sites grow, and as the number of Web clients and requests increase, Web site management becomes a crucial need.

For example, a large Web site may receive thousands of requests or "hits" in a single day. Current Web servers process each of these requests on a single machine, namely the Web server machine. Although these machines may be running "multi-threaded" operating systems that allow transactions to be processed by independent "threads," all the threads are nevertheless on a single machine, sharing a processor. As such, the Web executable thread may hand off a request to a processing thread, but both threads will still have to be handled by the processor on the Web server machine. When numerous requests are being simultaneously processed by multiple threads on a single machine, the Web server can slow down significantly and become highly inefficient. The claimed invention addresses this need by utilizing a partitioned architecture to facilitate the creation and management of custom Web sites and servers.

FIG. 4 illustrates one embodiment of the presently claimed invention. Web client 200 issues a URL request that is processed to determined proper routing. In this embodiment, the request is routed to Web server 201. Instead of Web server executable 201(E) processing the URL request, however, Interceptor 400 intercepts the request and routes it to Dispatcher 402. In one embodiment, Interceptor 400 resides on the Web server machine as an extension to Web server 201. This embodiment is appropriate for Web servers such as Netsite™ from Netscape, that support such extensions. A number of public domain Web servers, such as NCSA™ from the National Center for Supercomputing Applications at the University of Illinois. Urbana-Champaign, however, do not provide support for

5,894,554

| 5 | 6 |

this type of extension. Thus, in an alternate embodiment, Interceptor **400** is an independent module, connected via an "intermediate program" to Web server **201**. This intermediate program can be a simple CGI application program that connects Interceptor **400** to Web server **201**. Alternate intermediate programs the perform the same functionality can also be implemented.

In one embodiment of the invention, Dispatcher **402** resides on a different machine than Web server **201**. This embodiment overcomes the limitation described above, in prior art Web servers, wherein all processing is performed by the processor on a single machine. By routing the request to Dispatcher **402** residing on a different machine than the Web server executable **201**(E), the request can then be processed by a different processor than the Web server executable **201**(E). Web server executable **201**(E) is thus free to continue servicing client requests on Web server **201** while the request is processed "off-line," at the machine on which Dispatcher **402** resides.

Dispatcher **402** can, however, also reside on the same machine as the Web server. The Web site administrator has the option of configuring Dispatcher **402** on the same machine as Web server **201**, taking into account a variety of factors pertinent to a particular Web site, such as the size of the Web site, the number of Web pages and the number of hits at the Web site. Although this embodiment will not enjoy the advantage described above, namely off-loading the processing of Web requests from the Web server machine, the embodiment does allow flexibility for a small Web site to grow. For example, a small Web site administrator can use a single machine for both Dispatcher **402** and Web server **201** initially, then off-load Dispatcher **402** onto a separate machine as the Web site grows. The Web site can thus take advantage of other features of the present invention regardless of whether the site has separate machines configured as Web servers and dispatchers.

Dispatcher **402** receives the intercepted request and then dispatches the request to one of a number of Page servers **404** (1)–(n). For example, if Page server **404** (1) receives the dispatched request, it processes the request and retrieves the data from an appropriate data source, such as data source **406**, data source **408**, or data source **410**. Data sources, as used in the present application, include databases, spreadsheets, files and any other type of data repository. Page server **404** (1) can retrieve data from more than one data source and incorporate the data from these multiple data sources in a single Web page.

In one embodiment, each Page server **404**(1)–(n) resides on a separate machine on the network to distribute the processing of the request. Dispatcher **402** maintains a variety of information regarding each Page server on the network, and dispatches requests based on this information. For example, Dispatcher **402** retains dynamic information regarding the data sources that any given Page server can access. Dispatcher **402** thus examines a particular request and determines which Page server can service the URL request. Dispatcher **402** then hands off the request to the appropriate Page server.

For example, if the URL request requires financial data from data source **408**, dispatcher **402** will first examine an information list. Dispatcher **402** may determine that Page server **404**(3), for example, has access to the requisite data in data source **408**. Dispatcher **402** will thus route the URL request to Page server **404**(3). This "connection caching" functionality is described in more detail below, under the heading "Performance."

Alternately, Dispatcher **402** also has the ability to determine whether a particular Page server already has the necessary data cached in the Page server's page cache (described in more detail below, under the heading "Performance"). Dispatcher **402** may thus determine that Page server **404**(1) and **404**(2) are both logged into Data source **408**, but that Page server **404**(2) has the financial information already cached in Page server **404**(2)'s page cache. In this case, Dispatcher **402** will route the URL request to Page server **404**(2) to more efficiently process the request.

Finally, Dispatcher **402** may determine that a number or all Page servers **404**(1)–(n) are logged into Data source **408**. In this scenario, Dispatcher **402** can examine the number of requests that each Page server is servicing and route the request to the least busy page server. This "load balancing" capability can significantly increase performance at a busy Web site and is discussed in more detail below, under the heading "Scalability".

If, for example, Page server **404**(2), receives the request, Page server **404**(2) will process the request. While Page server **404**(2) is processing the request, Web server executable **201**(E) can concurrently process other Web client requests. This partitioned architecture thus allows both Page server **404**(2) and Web server executable **201**(E) to simultaneously process different requests, thus increasing the efficiency of the Web site. Page server **404**(2) dynamically generates a Web page in response to the Web client request, and the dynamic Web page is then either transmitted back to requesting Web client **200** or stored on a machine that is accessible to Web server **201**, for later retrieval.

One embodiment of the claimed invention also provides a Web page designer with HTML extensions, or "dyna" tags. These dyna tags provide customized HTML functionality to a Web page designer, to allow the designer to build customized HTML templates that specify the source and placement of retrieved data. For example, in one embodiment, a "dynatext" HTML extension tag specifies a data source and a column name to allow the HTML template to identify the data source to log into and the column name from which to retrieve data. Alternatively, "dyna-anchor" tags allow the designer to build hyperlink queries while "dynablock" tags provide the designer with the ability to iterate through blocks of data. Page servers use these HTML templates to create dynamic Web pages. Then, as described above, these dynamic Web pages are either transmitted back to requesting Web client **200** or stored on a machine that is accessible to Web server **201**, for later retrieval.

The presently claimed invention provides numerous advantages over prior art Web servers, including advantages in the areas of performance, security, extensibility and scalability.

### Performance

One embodiment of the claimed invention utilizes connection caching and page caching to improve performance. Each Page server can be configured to maintain a cache of connections to numerous data sources. For example, as illustrated in FIG. 4, Page server **404**(1) can retrieve data from data source **406**, data source **408** or data source **410**. Page server **404**(1) can maintain connection cache **412**(1), containing connections to each of data source **406**, data source **408** and data source **410**, thus eliminating connect times from the Page servers to those data sources.

Additionally, another embodiment of the present invention supports the caching of finished Web pages, to optimize

5,894,554

| 7 | 8 |

the performance of the data source being utilized. This "page caching" feature, illustrated in FIG. 4 as Page cache **414**, allows the Web site administrator to optimize the performance of data sources by caching Web pages that are repeatedly accessed. Once the Web page is cached, subsequent requests or "hits" will utilize the cached Web page rather than re-accessing the data source. This can radically improve the performance of the data source.

### Security

The present invention allows the Web site administrator to utilize multiple levels of security to manage the Web site. In one embodiment, the Page server can utilize all standard encryption and site security features provided by the Web server. In another embodiment, the Page server can be configured to bypass connection caches **412**(1)–(n), described above, for a particular data source and to require entry of a user-supplied identification and password for the particular data source the user is trying to access.

Additionally, another embodiment of the presently claimed invention requires no real-time access of data sources. The Web page caching ability, described above, enables additional security for those sites that want to publish non-interactive content from internal information systems, but do not want real-time Internet accessibility to those internal information systems. In this instance, the Page server can act as a "replication and staging gent" and create Web pages in batches, rather than in real-time. These "replicated" Web pages are then "staged" for access at a later time, and access to the Web pages in this scenario is possible even if the Page server and dispatcher are not present later.

In yet another embodiment, the Page server can make a single pass through a Web library, and compile a Web site that exists in the traditional form of separately available files. A Web library is a collection of related Web books and Web pages. More specifically, the Web library is a hierarchical organization of Web document templates, together with all the associated data source information. Information about an entire Web site is thus contained in a single physical file, thus simplifying the problem of deploying Web sites across multiple Page servers. The process of deploying the Web site in this embodiment is essentially a simple copy of a single file.

### Extensibility

One embodiment of the present invention provides the Web site administrator with Object Linking and Embedding (OLE) 2.0 extensions to extend the page creation process. These OLE 2.0 extensions also allow information submitted over the Web to be processed with user-supplied functionality. Utilizing development tools such as Visual Basic, Visual C++ or PowerBuilder that support the creation of OLE 2.0 automation, the Web site administrator can add features and modify the behavior of the Page servers as described above. This extensibility allows one embodiment of the claimed invention to be incorporated with existing technology to develop an infinite number of custom web servers.

For example, OLE 2.0 extensions allow a Web site administrator to encapsulate existing business rules in an OLE 2.0 automation interface, to be accessed over the Web. One example of a business rule is the steps involved in the payoff on an installment or mortgage loan. The payoff may involve, for example, taking into account the current balance, the date and the interest accrued since the last payment. Most organizations already have this type of

business rule implemented using various applications, such as Visual Basic for client-server environments, or CICS programs on mainframes. If these applications are OLE 2.0 compliant, the Page server "dynaobject" HTML extension tag can be used to encapsulated the application in an OLE 2.0 automation interface. The Page server is thus extensible, and can incorporate the existing application with the new Page server functionality.

### Scalability

One embodiment of the claimed invention allows "plug and play" scalability. As described above, referring to FIG. 4, Dispatcher **402** maintains information about all the Page servers configured to be serviced by Dispatcher **402**. Any number of Page servers can thus be "plugged" into the configuration illustrated in FIG. 4, and the Page servers will be instantly activated as the information is dynamically updated in Dispatcher **402**. The Web site administrator can thus manage the overhead of each Page server and modify each Page server's load, as necessary, to improve performance. In this manner, each Page server will cooperate with other Page servers within a multi-server environment. Dispatcher **402** can examine the load on each Page server and route new requests according to each Page server's available resources. This "load-balancing" across multiple Page servers can significantly increase a Web site's performance.

FIG. 5 illustrates the processing of a Web browser request in the form of a flow diagram, according to one embodiment of the presently claimed invention. A Web browser sends a URL request to a Web server in processing block **500**. In processing block **502**, the Web server receives the URL request, and an interceptor then intercepts the handling of the request in processing block **504**. The interceptor connects to a dispatcher and sends the URL request to the dispatcher in processing block **506**. In processing block **508**, the dispatcher determines which Page servers can handle the request. The dispatcher also determines which Page server is processing the fewest requests in processing block **510**, and in processing block **512**, the dispatcher sends the URL request to an appropriate Page server. The Page server receives the request and produces an HTML document in processing block **514**. The Page server then responds to the dispatcher with notification of the name of the cached HTML document in processing block **516**. In processing block **518**, the dispatcher responds to the interceptor with the document name, and the interceptor then replaces the requested URL with the newly generated HTML document in processing block **520**. The Web server then sends the new HTML document to the requesting client in processing block **522**. Finally, the Web browser receives and displays the HTML document created by the Page server at processing block **524**.

Thus, a method and apparatus for creating and managing custom Web sites is disclosed. These specific arrangements and methods described herein are merely illustrative of the principles of the present invention. Numerous modifications in form and detail may be made by those of ordinary skill in the art without departing from the scope of the present invention. Although this invention has been shown in relation to a particular preferred embodiment, it should not be considered so limited. Rather, the present invention is limited only by the scope of the appended claims.

We claim:

1. A computer-implemented method for managing a dynamic Web page generation request to a Web server, said computer-implemented method comprising the steps of:

    routing said request from said Web server to a page server, said page server receiving said request and releasing

5,894,554

9

said Web server to process other requests, wherein said routing step further includes the steps of intercepting said request at said Web server, routing said request from said Web server to a dispatcher, and dispatching said request to said page server;

processing said request, said processing being performed by said page server while said Web server concurrently processes said other requests; and

dynamically generating a Web page in response to said request, said Web page including data dynamically retrieved from one or more data sources.

2. The computer-implemented method in claim 1 wherein said step of processing said request includes the step of identifying said one or more data sources from which to retrieve said data.

3. The computer-implemented method in claim 2 wherein said step of dynamically generating said Web page includes the step of dynamically retrieving said data from said one or more data sources.

4. The computer-implemented method in claim 3 wherein said step of processing said request includes the step of said page server maintaining a connection cache to said one or more data sources.

5. The computer-implemented method in claim 3 wherein said step of processing said request includes the step of logging into said one or more data sources.

6. The computer-implemented method in claim 3 wherein said step of dynamically generating said Web page includes the step of maintaining a page cache containing said Web page.

7. The computer-implemented method in claim 3 wherein said page server includes custom HTML extension templates for configuring said Web page.

8. The computer-implemented method in claim 7 wherein said step of processing said request further includes the step of inserting said dynamically retrieved data from said one or more data sources into said custom HTML extension templates.

9. A networked system for managing a dynamic Web page generation request, said system comprising:

one or more data sources;

a page server having a processing means;

10

a first computer system including means for generating said request; and

a second computer system including means for receiving said request from said first computer, said second computer system also including a router, said router routing said request from said second computer system to said page server, wherein said routing further includes intercepting said request at said second computer, routing said request from said second computer to a dispatcher, and dispatching said request to said page server said page server receiving said request and releasing said second computer system to process other requests, said page server processing means processing said request and dynamically generating a Web page in response to said request, said Web page including data dynamically retrieved from said one or more data sources.

10. The networked system in claim 9 wherein said router in said second computer system includes:

an interceptor intercepting said request at said second computer system and routing said request; and

a dispatcher receiving said routed request from said interceptor and dispatching said request to said page server.

11. A machine readable medium having stored thereon data representing sequences of instructions, which when executed by a computer system, cause said computer system to perform the steps of:

routing a dynamic Web page generation request from a Web server to a page server, said page server receiving said request and releasing said Web server to process other requests wherein said routing step further includes the steps of intercepting said request at said Web server, routing said request from said Web server to a dispatcher, and dispatching said request to said page server;

processing said request, said processing being performed by said page server while said Web server concurrently processes said other requests; and

dynamically generating a Web page, said Web page including data retrieved from one or more data sources.

* * * * *

# Exhibit C

US006415335B1

(12) **United States Patent**
Lowery et al.

(10) Patent No.: **US 6,415,335 B1**
(45) Date of Patent: **\*Jul. 2, 2002**

| | | | |
|---|---|---|---|
| 5,752,246 A | * | 5/1998 | Rogers et al. ................ 707/10 |
| 5,754,772 A | * | 5/1998 | Leaf ...................... 395/200.33 |
| 5,761,673 A | * | 6/1998 | Bookman et al. .......... 707/104 |
| 5,774,660 A | | 6/1998 | Brendel et al. ....... 395/200.31 |
| 5,774,668 A | | 6/1998 | Choquier et al. ...... 395/200.53 |

(54) **SYSTEM AND METHOD FOR MANAGING DYNAMIC WEB PAGE GENERATION REQUESTS**

(75) Inventors: **Keith Lowery**, Richardson; **Andrew B. Levine**, Plano; **Ronald L. Howell**, Rowlett, all of TX (US)

(73) Assignee: **epicRealm Operating Inc.**, Richardson, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/234,048**

(22) Filed: **Jan. 19, 1999**

**Related U.S. Application Data**

(62) Division of application No. 08/636,477, filed on Apr. 23, 1996, now Pat. No. 5,894,554.

(51) Int. Cl.$^7$ .......................... **G06F 13/14**; G06F 13/20
(52) U.S. Cl. .............................. **710/5**; 710/7; 709/219; 709/223; 709/238
(58) Field of Search ................................ 709/238, 223, 709/219; 710/5, 7, 20–21

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,866,706 A | | 9/1989 | Christophersen et al. .. 370/85.7 |
| 5,341,499 A | | 8/1994 | Doragh ........................ 395/700 |
| 5,392,400 A | | 2/1995 | Berkowitz et al. .......... 395/200 |
| 5,404,522 A | | 4/1995 | Carmon et al. ............. 395/650 |
| 5,404,523 A | | 4/1995 | DellaFera et al. .......... 395/650 |
| 5,404,527 A | * | 4/1995 | Irwin et al. ................. 395/700 |
| 5,452,460 A | | 9/1995 | Distelberg et al. .......... 395/700 |
| 5,532,838 A | | 7/1996 | Barbari ....................... 358/400 |
| 5,701,463 A | * | 12/1997 | Malcolm ................... 395/610 |
| 5,751,956 A | | 5/1998 | Kirsch .................. 395/200.33 |

OTHER PUBLICATIONS

Hoffner, 'Inter-operability and distributed application platform design', Web URL:http://www.ansa.co.uk/, 1995, pp. 342–356.*

Mourad et al, 'Scalable Web Server Architectures', IEEE, Jun. 1997, pp. 12–16.*

Dias et al, 'A Scalable and Highly Available Web Server', IEEE, 1996, pp. 85–92.*

'Single System Image and Load Balancing for Network Access to a Loosely Coupled Complex', IBM TDB, vol. 34, Feb. 1992, pp. 464–467.*

Dias, Daniel M., et al.; A Scalable and Highly Available Web Server; IBM Research Division; T.J. Watson Research Center; 7 pages.

(List continued on next page.)

*Primary Examiner*—Jeffrey Gaffin
*Assistant Examiner*—Rehana Perveen
(74) *Attorney, Agent, or Firm*—Baker Botts L.L.P.

(57) **ABSTRACT**

The present invention teaches a method and apparatus for creating and managing custom Web sites. Specifically, one embodiment of the present invention claims a computer-implemented method for managing a dynamic Web page generation request to a Web server, the computer-implemented method comprising the steps of routing the request from the Web server to a page server, the page server receiving the request and releasing the Web server to process other requests, processing the request, the processing being performed by the page server concurrently with the Web server, as the Web server processes the other requests, and dynamically generating a Web page in response to the request, the Web page including data dynamically retrieved from one or more data sources.

**29 Claims, 4 Drawing Sheets**



US 6,415,335 B1

Page 2

OTHER PUBLICATIONS

Andresen, Daniel, Et Al.; Scalability Issues for High Performance Digital Libraries on the World Wide Web; Department of Computer Science; University of California at Santa Barbara; 10 pages.

Andresen, Daniel, Et Al.; SWEB: Towards a Scalable World Wide Web Server on Multicomputers; Department of Computer Science; University of California at Santa Barbara; 7 pages.

Holmedahl, Vegard; Et Al.; Cooperative Caching of Dynamic Content on a Distributed Web Server; Department of Computer Science; University of California at Santa Barbara; 8 pages.

Overson, Nicole; NeXT Ships WebObjects—On Time—As Promised; Deja.com: NeXT Ships WebObjects—On Time—As Promishttp://X28..deja.com/=dnc/ST_m= ps...EXT=927585438. 1744765032&hitnum=33.

International Search Report; 7 pages; dated Aug. 21, 1997.

Birman, Kenneth P. and van Renesse, Robbert; Software for Reliable Networks; Scientific American; May 1996; pp. 64–69.

"Beyond the Web: Excavating the Real World Via Mosaic"; Goldberg et al.; Second International WWW Conference; Oct. 17, 1994.

* cited by examiner

*FIG. 1*



*FIG. 2*
*(PRIOR ART)*





*FIG. 3*
*(PRIOR ART)*

BEGIN TRANSACTION

300 — WEB CLIENT MAKES URL REQUEST

302 — URL EXAMINED BY WEB BROWSER TO DETERMINE APPROPRIATE WEB SERVER

304 — REQUEST TRANSMITTED TO APPROPRIATE WEB SERVER

306 — WEB SERVER EXAMINES URL TO DETERMINE WHETHER IT IS AN HTML DOCUMENT OR A CGI APPLICATION

HTML DOCUMENT
308 —

CGI APPLICATION
— 314

310 — WEB SERVER LOCATES DOCUMENT

WEB SERVER LOCATES CGI APPLICATION — 316

312 — DOCUMENT TRANSMITTED BACK TO REQUESTING WEB BROWSER FOR FORMATTING AND DISPLAY

CGI APPLICATION EXECUTES AND OUTPUTS HTML OUTPUT — 318

HTML OUTPUT TRANSMITTED BACK TO REQUESTING WEB BROWSER FOR FORMATTING AND DISPLAY — 320

END TRANSACTION



*FIG. 4*

**U.S. Patent**    Jul. 2, 2002    Sheet 4 of 4    US 6,415,335 B1



*FIG. 5*

BEGIN PROCESSING

500 — WEB BROWSER SENDS URL REQUEST

502 — WEB SERVER RECEIVES URL REQUEST

504 — INTERCEPTOR INTERCEPTS HANDLING OF REQUEST

506 — INTERCEPTOR CONNECTS TO DISPATCHER AND SENDS REQUEST TO DISPATCHER

508 — DISPATCHER DETERMINES WHICH PAGE SERVERS CAN HANDLE REQUEST

510 — DISPATCHER DETERMINES WHICH PAGE SERVER IS PROCESSING FEWEST REQUESTS

512 — DISPATCHER SENDS REQUEST TO APPROPRIATE PAGE SERVER

514 — PAGE SERVER RECEIVES REQUEST AND PRODUCES HTML DOCUMENT

516 — PAGE SERVER RESPONDS TO DISPATCHER WITH NOTIFICATION OF NAME OF CACHED HTML DOCUMENT

518 — DISPATCHER RESPONDS TO INTERCEPTOR WITH DOCUMENT NAME

520 — INTERCEPTOR REPLACES REQUESTED URL WITH NEWLY GENERATED HTML DOCUMENT

522 — WEB SERVER SENDS NEW HTML DOCUMENT TO CLIENT

524 — WEB BROWSER RECEIVES AND DISPLAYS HTML DOCUMENT CREATED BY PAGE SERVER

END PROCESSING

US 6,415,335 B1

1

# SYSTEM AND METHOD FOR MANAGING DYNAMIC WEB PAGE GENERATION REQUESTS

This application is a division of Ser. No. 08/636,477, filed Apr. 23, 1996, now U.S. Pat. No. 5,894,554.

## FIELD OF THE INVENTION

The present invention relates to the field of Internet technology. Specifically, the present invention relates to the creation and management of custom World Wide Web sites.

## DESCRIPTION OF RELATED ART

The World Wide Web (the Web) represents all of the computers on the Internet that offer users access to information on the Internet via interactive documents or Web pages. These Web pages contain hypertext links that are used to connect any combination of graphics, audio, video and text, in a non-linear, non-sequential manner. Hypertext links are created using a special software language known as HyperText Mark-Up Language (HTML).

Once created, Web pages reside on the Web, on Web servers or Web sites. A Web site can contain numerous Web pages. Web client machines running Web browsers can access these Web pages at Web sites via a communications protocol known as HyperText Transport Protocol (HTTP). Web browsers are software interfaces that run on World Wide Web clients to allow access to Web sites via a simple user interface. A Web browser allows a Web client to request a particular Web page from a Web site by specifying a Uniform Resource Locator (URL). A URL is a Web address that identifies the Web page and its location on the Web. When the appropriate Web site receives the URL, the Web page corresponding to the requested URL is located, and if required, HTML output is generated. The HTML output is then sent via HTTP to the client for formatting on the client's screen.

Although Web pages and Web sites are extremely simple to create, the proliferation of Web sites on the Internet highlighted a number of problems. The scope and ability of a Web page designer to change the content of the Web page was limited by the static nature of Web pages. Once created, a Web page remained static until it was manually modified. This in turn limited the ability of Web site managers to effectively manage their Web sites.

The Common Gateway Interface (CGI) standard was developed to resolve the problem of allowing dynamic content to be included in Web pages. CGI "calls" or procedures enable applications to generate dynamically created HTML output, thus creating Web pages with dynamic content. Once created, these CGI applications do not have to be modified in order to retrieve "new" or dynamic data. Instead, when the Web page is invoked, CGI "calls" or procedures are used to dynamically retrieve the necessary data and to generate a Web page.

CGI applications also enhanced the ability of Web site administrators to manage Web sites. Administrators no longer have to constantly update static Web pages. A number of vendors have developed tools for CGI based development, to address the issue of dynamic Web page generation. Companies like Spider™ and Bluestone™, for example, have each created development tools for CGI-based Web page development. Another company, Haht Software™, has developed a Web page generation tool that uses a BASIC-like scripting language, instead of a CGI scripting language.

2

Tools that generate CGI applications do not, however, resolve the problem of managing numerous Web pages and requests at a Web site. For example, a single company may maintain hundreds of Web pages at their Web site. Current Web server architecture also does not allow the Web server to efficiently manage the Web page and process Web client requests. Managing these hundreds of Web pages in a coherent manner and processing all requests for access to the Web pages is thus a difficult task. Existing development tools are limited in their capabilities to facilitate dynamic Web page generation, and do not address the issue of managing Web requests or Web sites.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a method and apparatus for creating and managing custom Web sites. Specifically, the present invention claims a method and apparatus for managing dynamic web page generation requests.

In one embodiment, the present invention claims a computer-implemented method for managing a dynamic Web page generation request to a Web server, the computer-implemented method comprising the steps of routing the request from the Web server to a page server, the page server receiving the request and releasing the Web server to process other requests, processing the request, the processing being performed by the page server concurrently with the Web server, as the Web server processes the other requests, and dynamically generating a Web page in response to the request, the Web page including data dynamically retrieved from one or more data sources. Other embodiments also include connection caches to the one or more data sources, page caches for each page server, and custom HTML extension templates for configuring the Web page.

Other objects, features and advantages of the present invention will be apparent from the accompanying drawings and from the detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a typical computer system in which the present invention operates.

FIG. 2 illustrates a typical prior art Web server environment.

FIG. 3 illustrates a typical prior art Web server environment in the form of a flow diagram.

FIG. 4 illustrates one embodiment of the presently claimed invention.

FIG. 5 illustrates the processing of a Web browser request in the form of a flow diagram, according to one embodiment of the presently claimed invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to a method and apparatus for creating and managing custom Web sites. In the following detailed description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent to one of ordinary skill in the art, however, that these specific details need not be used to practice the present invention. In other instances, well-known structures, interfaces and processes have not been shown in detail in order not to unnecessarily obscure the present invention.

FIG. 1 illustrates a typical computer system 100 in which the present invention operates. The preferred embodiment of

US 6,415,335 B1

3

the present invention is implemented on an IBM™ Personal Computer manufactured by IBM Corporation of Armonk, New York. An alternate embodiment may be implemented on an RS/6000™ Workstation manufactured by IBM Corporation of Armonk, New York. It will be apparent to those of ordinary skill in the art that other computer system architectures may also be employed.

In general, such computer systems as illustrated by FIG. 1 comprise a bus 101 for communicating information, a processor 102 coupled with the bus 101 for processing information, main memory 103 coupled with the bus 101 for storing information and instructions for the processor 102, a read-only memory 104 coupled with the bus 101 for storing static information and instructions for the processor 102, a display device 105 coupled with the bus 101 for displaying information for a computer user, an input device 106 coupled with the bus 101 for communicating information and command selections to the processor 102, and a mass storage device 107, such as a magnetic disk and associated disk drive, coupled with the bus 101 for storing information and instructions. A data storage medium 108 containing digital information is configured to operate with mass storage device 107 to allow processor 102 access to the digital information on data storage medium 108 via bus 101.

Processor 102 may be any of a wide variety of general purpose processors or microprocessors such as the Pentium™ microprocessor manufactured by Intel™ Corporation or the RS/6000™ processor manufactured by IBM Corporation. It will be apparent to those of ordinary skill in the art, however, that other varieties of processors may also be used in a particular computer system. Display device 105 may be a liquid crystal device, cathode ray tube (CRT), or other suitable display device. Mass storage device 107 may be a conventional hard disk drive, floppy disk drive, CD-ROM drive, or other magnetic or optical data storage device for reading and writing information stored on a hard disk, a floppy disk, a CD-ROM a magnetic tape, or other magnetic or optical data storage medium. Data storage medium 108 may be a hard disk, a floppy disk, a CD-ROM, a magnetic tape, or other magnetic or optical data storage medium.

In general, processor 102 retrieves processing instructions and data from a data storage medium 108 using mass storage device 107 and downloads this information into random access memory 103 for execution. Processor 102, then executes an instruction stream from random access memory 103 or read-only memory 104. Command selections and information input at input device 106 are used to direct the flow of instructions executed by processor 102. Equivalent input device 106 may also be a pointing device such as a conventional mouse or trackball device. The results of this processing execution are then displayed on display device 105.

The preferred embodiment of the present invention is implemented as a software module, which may be executed on a computer system such as computer system 100 in a conventional manner. Using well known techniques, the application software of the preferred embodiment is stored on data storage medium 108 and subsequently loaded into and executed within computer system 100. Once initiated, the software of the preferred embodiment operates in the manner described below.

FIG. 2 illustrates a typical prior art Web server environment. Web client 200 can make URL requests to Web server 201 or Web server 202. Web servers 201 and 202 include Web server executables, 201(E) and 202(E) respectively,

4

that perform the processing of Web client requests. Each Web server may have a number of Web pages 201(1)–(n) and 202(1)–(n). Depending on the URL specified by the Web client 200, the request may be routed by either Web server executable 201(E) to Web page 201 (1), for example, or from Web server executable 202(E) to Web page 202 (1). Web client 200 can continue making URL requests to retrieve other Web pages. Web client 200 can also use hyperlinks within each Web page to "jump" to other Web pages or to other locations within the same Web page.

FIG. 3 illustrates this prior art Web server environment in the form of a flow diagram. In processing block 300, the Web client makes a URL request. This URL request is examined by the Web browser to determine the appropriate Web server to route the request to in processing block 302. In processing block 304 the request is then transmitted from the Web browser to the appropriate Web server, and in processing block 306 the Web server executable examines the URL to determine whether it is an HTML document or a CGI application. If the request is for an HTML document 308, then the Web server executable locates the document in processing block 310. The document is then transmitted back through the requesting Web browser for formatting and display in processing block 312.

If the URL request is for a CGI application 314, however, the Web server executable locates the CGI application in processing block 316. The CGI application then executes and outputs HTML output in processing block 318 and finally, the HTML output is transmitted back to requesting Web browser for formatting and display in processing block 320.

This prior art Web server environment does not, however, provide any mechanism for managing the Web requests or the Web sites. As Web sites grow, and as the number of Web clients and requests increase, Web site management becomes a crucial need.

For example, a large Web site may receive thousands of requests or "hits" in a single day. Current Web servers process each of these requests on a single machine, namely the Web server machine. Although these machines may be running "multi-threaded" operating systems that allow transactions to be processed by independent "threads," all the threads are nevertheless on a single machine, sharing a processor. As such, the Web executable thread may hand off a request to a processing thread, but both threads will still have to be handled by the processor on the Web server machine. When numerous requests are being simultaneously processed by multiple threads on a single machine, the Web server can slow down significantly and become highly inefficient. The claimed invention addresses this need by utilizing a partitioned architecture to facilitate the creation and management of custom Web sites and servers.

FIG. 4 illustrates one embodiment of the presently claimed invention. Web client 200 issues a URL request that is processed to determined proper routing. In this embodiment, the request is routed to Web server 201. Instead of Web server executable 201(E) processing the URL request, however, Interceptor 400 intercepts the request and routes it to Dispatcher 402. In one embodiment, Interceptor 400 resides on the Web server machine as an extension to Web server 201. This embodiment is appropriate for Web servers such as Netsite™ from Netscape, that support such extensions. A number of public domain Web servers, such as NCSA™ from the National Center for Supercomputing Applications at the University of Illinois, Urbana-Champaign, however, do not provide support for

US 6,415,335 B1

5

this type of extension. Thus, in an alternate embodiment, Interceptor 400 is an independent module, connected via an "intermediate program" to Web server 201. This intermediate program can be a simple CGI application program that connects Interceptor 400 to Web server 201. Alternate intermediate programs the perform the same functionality can also be implemented.

In one embodiment of the invention, Dispatcher 402 resides on a different machine than Web server 201. This embodiment overcomes the limitation described above, in prior art Web servers, wherein all processing is performed by the processor on a single machine. By routing the request to Dispatcher 402 residing on a different machine than the Web server executable 201(E), the request can then be processed by a different processor than the Web server executable 201(E). Web server executable 201(E) is thus free to continue servicing client requests on Web server 201 while the request is processed "off-line," at the machine on which Dispatcher 402 resides.

Dispatcher 402 can, however, also reside on the same machine as the Web server. The Web site administrator has the option of configuring Dispatcher 402 on the same machine as Web server 201, taking into account a variety of factors pertinent to a particular Web site, such as the size of the Web site, the number of Web pages and the number of hits at the Web site. Although this embodiment will not enjoy the advantage described above, namely off-loading the processing of Web requests from the Web server machine, the embodiment does allow flexibility for a small Web site to grow. For example, a small Web site administrator can use a single machine for both Dispatcher 402 and Web server 201 initially, then off-load Dispatcher 402 onto a separate machine as the Web site grows. The Web site can thus take advantage of other features of the present invention regardless of whether the Web site has separate machines configured as Web servers and dispatchers.

Dispatcher 402 receives the intercepted request and then dispatches the request to one of a number of Page servers 404 (1)–(n). For example, if Page server 404 (1) receives the dispatched request, it processes the request and retrieves the data from an appropriate data source, such as data source 406, data source 408, or data source 410. Data sources, as used in the present application, include databases, spreadsheets, files and any other type of data repository. Page server 404 (1) can retrieve data from more than one data source and incorporate the data from these multiple data sources in a single Web page.

In one embodiment, each Page server 404(1)–(n) resides on a separate machine on the network to distribute the processing of the request. Dispatcher 402 maintains a variety of information regarding each Page server on the network, and dispatches requests based on this information. For example, Dispatcher 402 retains dynamic information regarding the data sources that any given Page server can access. Dispatcher 402 thus examines a particular request and determines which Page servers can service the URL request. Dispatcher 402 then hands off the request to the appropriate Page server.

For example, if the URL request requires financial data from data source 408, dispatcher 402 will first examine an information list. Dispatcher 402 may determine that Page server 404(3), for example, has access to the requisite data in data source 408. Dispatcher 402 will thus route the URL request to Page server 404(3). This "connection caching" functionality is described in more detail below, under the heading "Performance." Alternately, Dispatcher 402 also

6

has the ability to determine whether a particular Page server already has the necessary data cached in the Page server's page cache (described in more detail below, under the heading "Performance"). Dispatcher 402 may thus determine that Page server 404(1) and 404(2) are both logged into Data source 408, but that Page server 404(2) has the financial information already cached in Page server 404(2)'s page cache. In this case, Dispatcher 402 will route the URL request to Page server 404(2) to more efficiently process the request.

Finally, Dispatcher 402 may determine that a number or all Page servers 404(1)–(n) are logged into Data source 408. In this scenario, Dispatcher 402 can examine the number of requests that each Page server is servicing and route the request to the least busy page server. This "load balancing" capability can significantly increase performance at a busy Web site and is discussed in more detail below, under the heading "Scalability".

If, for example, Page server 404(2), receives the request, Page server 404(2) will process the request. While Page server 404(2) is processing the request, Web server executable 201(E) can concurrently process other Web client requests. This partitioned architecture thus allows both Page server 404(2) and Web server executable 201(E) to. simultaneously process different requests, thus increasing the efficiency of the Web site. Page server 404(2) dynamically generates a Web page in response to the Web client request, and the dynamic Web page is then either transmitted back to requesting Web client 200 or stored on a machine that is accessible to Web server 201, for later retrieval.

One embodiment of the claimed invention also provides a Web page designer with HTML extensions, or "dyna" tags. These dyna tags provide customized HTML functionality to a Web page designer, to allow the designer to build customized HTML templates that specify the source and placement of retrieved data. For example, in one embodiment, a "dynatext" HTML extension tag specifies a data source and a column name to allow the HTML template to identify the data source to log into and the column name from which to retrieve data. Alternatively, "dyna-anchor" tags allow the designer to build hyperlink queries while "dynablock" tags provide the designer with the ability to iterate through blocks of data. Page servers use these HTML templates to create dynamic Web pages. Then, as described above, these dynamic Web pages are either transmitted back to requesting Web client 200 or stored on a machine that is accessible to Web server 201, for later retrieval.

The presently claimed invention provides numerous advantages over prior art Web servers, including advantages in the areas of performance, security, extensibility and scalability

Performance

One embodiment of the claimed invention utilizes connection caching and page caching to improve performance. Each Page server can be configured to maintain a cache of connections to numerous data sources. For example, as illustrated in FIG. 4, Page server 404(1) can retrieve data from data source 406, data source 408 or data source 410. Page server 404(1) can maintain connection cache 412(1), containing connections to each of data source 406, data source 408 and data source 410, thus eliminating connect times from the Page servers to those data sources.

Additionally, another embodiment of the present invention supports the caching of finished Web pages, to optimize the performance of the data source being utilized. This "page

US 6,415,335 B1

7

caching" feature, illustrated in FIG. 4 as Page cache 414, allows the Web site administrator to optimize the performance of data sources by caching Web pages that are repeatedly accessed. Once the Web page is cached, subsequent requests or "hits" will utilize the cached Web page rather than re-accessing the data source. This can radically improve the performance of the data source.

### Security

The present invention allows the Web site administrator to utilize multiple levels of security to manage the Web site. In one embodiment, the Page server can utilize all standard encryption and site security features provided by the Web server. In another embodiment, the Page server can be configured to bypass connection caches 412(1)–(n), described above, for a particular data source and to require entry of a user-supplied identification and password for the particular data source the user is trying to access.

Additionally, another embodiment of the presently claimed invention requires no real-time access of data sources. The Web page caching ability, described above, enables additional security for those sites that want to publish non-interactive content from internal information systems, but do not want real-time Internet accessibility to those internal information systems. In this instance, the Page server can act as a "replication and staging agent" and create Web pages in batches, rather than in real-time. These "replicated" Web pages are then "staged" for access at a later time, and access to the Web pages in this scenario is possible even if the Page server and dispatcher are not present later.

In yet another embodiment, the Page server can make a single pass through a Web library, and compile a Web site that exists in the traditional form of separately available files. A Web library is a collection of related Web books and Web pages. More specifically, the Web library is a hierarchical organization of Web document templates, together with all the associated data source information. Information about an entire Web site is thus contained in a single physical file, thus simplifying the problem of deploying Web sites across multiple Page servers. The process of deploying the Web site in this embodiment is essentially a simple copy of a single file.

### Extensibility

One embodiment of the present invention provides the Web site administrator with Object Linking and Embedding (OLE) 2.0 extensions to extend the page creation process. These OLE 2.0 extensions also allow information submitted over the Web to be processed with user-supplied functionality. Utilizing development tools such as Visual Basic, Visual C++ or PowerBuilder that support the creation of OLE 2.0 automation, the Web site administrator can add features and modify the behavior of the Page servers described above. This extensibility allows one embodiment of the claimed invention to be incorporated with existing technology to develop an infinite number of custom web servers.

For example, OLE 2.0 extensions allow a Web site administrator to encapsulate existing business rules in an OLE 2.0 automation interface, to be accessed over the Web. One example of a business rule is the steps involved in the payoff on an installment or mortgage loan. The payoff may involve, for example, taking into account the current balance, the date and the interest accrued since the last payment. Most organizations already have this type of business rule implemented using various applications, such

8

as Visual Basic for client-server environments, or CICS programs on mainframes. If these applications are OLE 2.0 compliant, the Page server "dynaobject" HTML extension tag can be used to encapsulated the application in an OLE 2.0 automation interface. The Page server is thus extensible, and can incorporate the existing application with the new Page server functionality.

### Scalability

One embodiment of the claimed invention allows "plug and play" scalability. As described above, referring to FIG. 4, Dispatcher 402 maintains information about all the Page servers configured to be serviced by Dispatcher 402. Any number of Page servers can thus be "plugged" into the configuration illustrated in FIG. 4, and the Page servers will be instantly activated as the information is dynamically updated in Dispatcher 402. The Web site administrator can thus manage the overhead of each Page server and modify each Page server's load, as necessary, to improve performance. In this manner, each Page server will cooperate with other Page servers within a multi-server environment. Dispatcher 402 can examine the load on each Page server and route new requests according to each Page server's available resources. This "load-balancing" across multiple Page servers can significantly increase a Web site's performance.

FIG. 5 illustrates the processing of a Web browser request in the form of a flow diagram, according to one embodiment of the presently claimed invention. A Web browser sends a URL request to a Web server in processing block 500. In processing block 502, the Web server receives the URL request, and an interceptor then intercepts the handling of the request in processing block 504. The interceptor connects to a dispatcher and sends the URL request to the dispatcher in processing block 506. In processing block 508, the dispatcher determines which Page servers can handle the request. The dispatcher also determines which Page server is processing the fewest requests in processing block 510, and in processing block 512, the dispatcher sends the URL request to an appropriate Page server. The Page server receives the request and produces an HTML document in processing block 514. The Page server then responds to the dispatcher with notification of the name of the cached HTML document in processing block 516. In processing block 518, the dispatcher responds to the interceptor with the document name, and the interceptor then replaces the requested URL with the newly generated HTML document in processing block 520. The Web server then sends the new HTML document to the requesting client in processing block 522. Finally, the Web browser receives and displays the HTML document created by the Page server at processing block 524.

Thus, a method and apparatus for creating and managing custom Web sites is disclosed. These specific arrangements and methods described herein are merely illustrative of the principles of the present invention. Numerous modifications in form and detail may be made by those of ordinary skill in the art without departing from the scope of the present invention. Although this invention has been shown in relation to a particular preferred embodiment, it should not be considered so limited. Rather, the present invention is limited only by the scope of the appended claims.

We claim:
1. A computer-implemented method for managing a dynamic Web page generation request to a Web server, said computer-implemented method comprising the steps of:

routing a request from a Web server to a page server, said page server receiving said request and releasing said

US 6,415,335 B1

**9**                                                                              **10**

Web server to process other requests wherein said
routing step further includes the steps of:

interceptting said request at said Web server and routing
said request to said page server;

processing said request, said processing being per-
formed by said page server while said Web server
concurrently processes said other requests; and

dynamically generating a Web page in response to said
request, said Web page including data dynamically
retrieved from one or more data sources.

2. The computer-implemented method in claim 1 wherein
said step of routing said request includes the steps of:

routing said request from said Web server to a dispatcher;
and

dispatching said request to said page server.

3. The computer-implemented method in claim 1 wherein
said step of processing said request includes the step of
identifying said one or more data sources from which to
retrieve said data.

4. The computer-implemented method in claim 1 wherein
said step of dynamically generating said Web page includes
the step of dynamically retrieving said data from said one or
more data sources.

5. The computer-implemented method in claim 1 wherein
said step of processing said request includes the step of said
page server maintaining a connection cache to said one or
more data sources.

6. The computer-implemented method in claim 1 wherein
said step of processing said request includes the step of
logging into said one or more data sources.

7. The computer-implemented method in claim 1 wherein
said step of dynamically generating said Web page includes
the step of maintaining a page cache containing said Web
page.

8. The computer-implemented method in claim 1 wherein
said page server includes tag-based text templates for con-
figuring said Web page.

9. The computer-implemented method in claim 8 wherein
said step of processing said request further includes the step
of inserting said-dynamically retrieved data from said one or
more data sources into said tag-based text templates.

10. The computer-implemented method in claim 8
wherein at least one of said tag-based text templates drives
a format of the data dynamically retrieved from said one or
more data sources in response to said request.

11. The computer-implemented method in claim 8
wherein said tag-based text templates include HTML tem-
plates.

12. The computer-implemented method in claim 1
wherein said step of processing said request further includes
the step of dynamically updating data at said one or more
data sources.

13. The computer-implemented method in claim 1
wherein said step of processing said request further includes
the step of processing an object handling extension.

14. The computer-implemented method in claim 13
wherein said object handling extension is an OLE extension.

15. A computer-implemented method comprising the
steps of:

transferring a request from an HTTP-compliant device to
a page server, said page server receiving said request
and releasing said HTTP-compliant device to process
other requests wherein said transferring step further
includes the steps of:

intercepting said request at said HTTP-compliant
device and transferring said request to said page
server;

processing said request, said processing being per-
formed by said page server while said HTTP-
compliant device concurrently processes said other
requests; and

dynamically generating a page in response to said
request, said page including data dynamically
retrieved from one or more data sources.

16. The computer-implemented method in claim 15
wherein said step of transferring said request includes the
steps of:

transferring said request from said HTTP-compliant
device to a dispatcher; and

dispatching said request to said page server.

17. The computer-implemented method in claim 15
wherein said step of processing said request includes the
step of identifying said one or more data sources from which
to retrieve said data.

18. The computer-implemented method in claim 15
wherein said step of dynamically generating said page
includes the step of dynamically retrieving said data from
said one or more data sources.

19. The computer-implemented method in claim 15
wherein said step of processing said request includes the
step of said page server maintaining a connection cache to
said one or more data sources.

20. The computer-implemented method in claim 15
wherein said step of processing said request includes the
step of logging into said one or more data sources.

21. The computer-implemented method in claim 15
wherein said step of dynamically generating said page
includes the step of maintaining a page cache containing
said page.

22. The computer-implemented method in claim 15
wherein said page server includes tag-based text templates
for configuring said page.

23. The computer-implemented method in claim 22
wherein said step of processing said request further includes
the step of inserting said dynamically retrieved data from
said one or more data sources into said tag-based text
templates.

24. The computer-implemented method in claim 22
wherein at least one of said tag-based text templates drives
a format of the data dynamically retrieved from said one or
more data sources in response to said request.

25. The computer-implemented method in claim 22
wherein said tag-based text templates include HTML tem-
plates.

26. The computer-implemented method in claim 15
wherein said step of processing said request further includes
the step of dynamically updating data at said one or more
data sources.

27. The computer-implemented method in claim 15
wherein said step of processing said request further includes
the step of processing an object handling extension.

28. The computer-implemented method in claim 27
wherein said object handling extension is an OLE extension.

29. A computer-implemented method comprising the
steps of:

transferring a request from an HTTP-compliant device to
a dispatcher;

maintaining dynamic information regarding data sources
a given page server may access;

dispatching said request to an appropriate page server
based on said request and based on said dynamic
information, said page server receiving said request and

US 6,415,335 B1

11

releasing said HTTP-compliant device to process other requests;

processing said request, said processing being performed by said page server while said HTTP-compliant device concurrently processes said other requests; and

12

dynamically generating a page in response to said request, said page including data dynamically retrieved from one or more data sources.

* * * * *

# Exhibit D

**FILE COPY**

**JENNER&BLOCK**

September 10, 2007

Jenner & Block LLP        Chicago
330 N. Wabash Avenue      Dallas
Chicago, IL 60611         New York
Tel 312-222-9350          Washington, DC
www.jenner.com

**VIA EMAIL**

David L. Doyle, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Chicago, Illinois 60601

Patrick L. Patras
Tel 312 923-2945
Fax 312 840-7345
ppatras@jenner.com

Re:    *QuinStreet, Inc. v. epicRealm Licensing, LP* (C.A. No. 06-cv-495 (SLR))

Dear Dave:

This is a follow-up to our meet and confer session held at your office on Wednesday, September 5, 2007. It appears that we reached an agreement on the outstanding protective order issues, subject to your further consideration; you agreed that you would get back to us.

We did not reach an agreement on QuinStreet's objections to epicRealm's document requests. There were a number of issues here, but two central ones. *First*, QuinStreet continued to assert that it could withhold documents in the absence of agreement on a protective order. This position is without merit given that Delaware Local Rule 26.2 provides for an "outside counsel's eyes only" protective order in the absence of some other protective order to ensure that document production goes forward on a timely basis, and is not delayed while a protective order is being negotiated. Hopefully, this will be mooted by an agreement on a protective order, but if it is not, we intend to raise the issue with the Court.

*Second*, we could not agree on the scope of QuinStreet's document production. While there were a number of issues, two were central to the parties' disagreement. The first was that QuinStreet contended that it had no obligation to produce documents for the requested products and services in the absence of epicRealm's infringement contentions. Given that the Court's scheduling order provides for a mechanism (interrogatories) for obtaining contentions and that QuinStreet had not yet served any interrogatories on epicRealm (contention or otherwise), QuinStreet's argument has no merit. QuinStreet has since served contention interrogatories and epicRealm will timely respond.

The second issue regarding the scope of QuinStreet's document production was that QuinStreet objected to the breadth of epicRealm's document requests. You asserted that epicRealm requested virtually every document in QuinStreet's possession, but that is certainly not the case. The scope of epicRealm's requests is defined by the requests themselves but more importantly by the definition of "QuinStreet's Web Products and Services" in ¶18, pp. 3-4. While QuinStreet contended that epicRealm's definition was too broad, you provided no concrete alternative. However, we offer a compromise below.

1574113

David L. Doyle, Esq.
September 10, 2007
Page 2

We also asked if QuinStreet would agree that (at a minimum) QuinStreet produce documents relating to the four QuinStreet "platforms" that QuinStreet identified as being capable of creating dynamic web pages, and on which QuinStreet brought suit seeking a declaration of noninfringement with respect to epicRealm's patents. We called to your attention QuinStreet's assertion in its complaint for declaratory judgment:

## PRAYER

WHEREFORE, QuinStreet requests entry of judgment in its favor and against epicRealm as follows:

a.    Declaring that QuinStreet and its software products that are used in conjunction with the delivery of dynamic web pages do not infringe, literally or under the doctrine of equivalents, either directly, indirectly or willfully, any valid and enforceable claim of the epicRealm patents.

(Complaint at p. 7.) We also call attention to QuinStreet's response to Interrogatory No. 1:

[Q]uinStreet currently utilizes and has in the past utilized the following web site software platforms to power the web servers on which the various web sites reside: Apache (stand alone); Apache/Tomcat (JBoss); Apache/Weblogic; and Microsoft IIS. QuinStreet seeks a declaration that none of these software platforms infringe epicRealm's patents.

(Plaintiff QuinStreet, Inc.'s Responses to Defendant's First Set of Interrogatories at p. 5.) Clearly, by QuinStreet's own admission, documents relating to the above four identified QuinStreet platforms for producing dynamic web pages are relevant or reasonably calculated to lead to the discovery of admissible evidence. Relevance here is clearly established by the fact that QuinStreet's act of seeking declaratory relief of noninfringement can only mean that those platforms are at risk of infringing the epicRealm patents-in-suit. Thus, QuinStreet has no basis for QuinStreet's failure to produce documents on the very four platforms for which QuinStreet seeks a declaration of noninfringement.

In order to reach a compromise with respect to the scope of document production, epicRealm proposes the following narrower definition of QuinStreet's Web Services and Products that are the subject of epicRealm's document requests (and proposes replacing the definition of QuinStreet's Web Products and Services in ¶18 of epicRealm's document requests):

1.    The four QuinStreet platforms identified above, *i.e.*, Apache (stand alone); Apache/Tomcat (JBoss); Apache/Weblogic; and Microsoft IIS, and any other product providing comparable functionality with respect to the creation, generation, management

David L. Doyle, Esq.
September 10, 2007
Page 3

or delivery of dynamic web pages (*see* QuinStreet's response to
Interrogatory No. 1);

2.    QuinStreet's systems for responding to requests for
dynamic web pages (*see* ¶16 of QuinStreet's Complaint);

3.    QuinStreet's software products that are used in conjunction
with the delivery of dynamic web pages (*see* QuinStreet's Prayer
for Relief);

4.    All current and past versions of QuinStreet's Corporate
Business Management suite, Distributor Business Management
suite, and Distributor Sales Management suite (*see, e.g.*,
www.quinstreetdss.com);

5.    Any database software capable of creating, generating,
managing or delivering dynamic web pages; and

6.    Any products for use in conjunction with any product or
service identified in items (1) - (5).

As you can see, we have considerably narrowed epicRealm's requests.  As always, we welcome
any proposal that QuinStreet may have.  After you have had a chance to review our proposal,
let's have another meet and confer.

Very truly yours,

Patrick L. Patras

cc:    George S. Bosy, Esq.
       Benjamin J. Bradford, Esq.

1574113