## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

February 21, 2008

**VIA E-FILING & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *QuinStreet, Inc. v. Parallel Networks, LLC*, C.A. No. 06-495-SLR

Dear Judge Robinson:

Further to the parties' email request for a conference with Your Honor in the above-referenced case, attached please find a proposed revised schedule for the Court's consideration. This proposal was previously provided to counsel for Parallel Networks, LLC. Counsel looks forward to the opportunity to discuss Quinstreet's proposal with the Court. In the interim, should Your Honor have any questions or concerns regarding the foregoing, counsel is available at the Court's convenience.

Respectfully,

Anne Shea Gaza
(#4093)

ASG/afg
Enclosure
cc:   David E. Moore, Esquire (via e-mail) (w/enc.)
      George Bosy, Esquire (via e-mail) (w/enc.)
      David Doyle, Esquire (via e-mail) (w/enc.)

RLF1-3256020-1

| Description from May 24, 2007 Scheduling Order | May 24, 2007 Scheduling Order | New Proposed Scheduling Order |
|---|---|---|
| Close of Fact Discovery | 2/29 | 4/30 |
| Expert Reports on Issues for which Parties Have Burden Of Proof | 3/28 | 5/30 |
| Rebuttal Expert Reports Due | 4/25 | 6/27 |
| Close of Expert Depositions | 6/6 | 8/8 |
| Joint Claim Construction Statement | 6/13 | 8/15 |
| Deadline for Daubert Motions | 7/8 | 9/5 |
| Opening Briefs for Summary Judgment Motions and Claim Construction | 7/24 | 9/12 |
| Answering Briefs for Summary Judgment Motions | 8/14 | 10/3 |
| Reply Briefs for Summary Judgment Motions and Claim Construction | 8/28 | 10/17 |
| Claim Construction/Summary Judgment Hearing | 9/26 | 11/7 |
| Pretrial Conference | 12/5/08 | Same |
| Trial | 2/2/09 | Same |