RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

March 14, 2008

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    *Quinstreet, Inc. v. Parallel Networks, LLC*, C.A. No. 06-495-SLR

Dear Judge Robinson:

      QuinStreet writes this letter to briefly outline the pending motions and discovery disputes between QuinStreet and Parallel Networks in anticipation of next Monday's hearing.

      With respect to QuinStreet's Motion for Leave:

**QuinStreet's Motion for Leave to File Third Party Complaint Against Microsoft.**

      This motion is now fully briefed and the parties can address any issues the Court may have pertaining to the motion.

      QuinStreet respectfully suggests that the "Microsoft Issue" is central to all discovery disputes and scheduling issues. QuinStreet believes that infringement claims involving Microsoft must be included in this case. Parallel on the other hand seeks to withdraw their "Microsoft" infringement claims without prejudice mid case.

      With respect to Parallel Networks:

**Parallel Networks' Response to QuinStreet's Proposal For A Revised Scheduling Order.**

      This Court provided a scheduling order on May 25, 2007. As we progress through the various issues that have presented themselves in this matter, QuinStreet has requested a sixty day extension of due dates, without altering the pre-trial conference or trial dates.

**Parallel Networks' Production of Documents to QuinStreet.**

      Parallel Networks refuses to provide indexes, descriptions or other information or to allow QuinStreet the opportunity to review the 160 Gigabytes of electronic data not produced on relevance grounds that their own witness has testified exists.

The Honorable Sue L. Robinson
March 14, 2008
Page 2

**QuinStreet's Production of Documents to Parallel Networks.**

      QuinStreet has produced over a terabyte of Electronically Stored Data ("ESI") to Parallel Networks. Some of this consists of data that is in a non-text format such as executable data, source code, application, system files, binary files and the like. Just as Parallel Networks has not made their production of similarly formatted data searchable, QuinStreet is requesting that they are not required to bear the expense of trying to make this same non-text based ESI searchable.

      QuinStreet further requests the court's assistance in mediating the dispute with Parallel Networks regarding their request that QuinStreet assume the unduly burdensome cost that may range from $824,200 to $5 million and possibly take 8 weeks of time. This cost is associated with Parallel Network's request that despite QuinStreet having produced emails in searchable PST files, we are requested to convert the voluminous collection of text-based files into TIFF format.

      We look forward to discussing these issues with Your Honor during Monday's conference. In the meantime, if Your Honor has any questions, counsel is available at the Court's convenience.

Respectfully,

*Anne Shea Gaza /auf (#4395)*

Anne Shea Gaza (#4093)

ASG/th
Enclosure
cc:    Richard L. Horwitz (via e-mail)
       David E. Moore (vie e-mail)
       Aaron A. Barlow (via e-mail)
       Patrick L. Patras (via e-mail)
       David R. Bennett (via e-mail)
       Paul D. Margolis (via e-mail)
       Benjamin J. Bradford (via e-mail)
       Ted H. Herhold (via e-mail)