**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

QUINSTREET, INC.,

Plaintiff/Counterclaim Defendant,

v.

PARALLEL NETWORKS, LLC,

Defendant/Counterclaim Plaintiff.

C.A. No. 06-495-SLR

**PLAINTIFF'S NOTICE OF DEPOSITION OF WARNER STEVENS, LLP**

TO: Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiff Quinstreet, Inc. ("Quinstreet") will take the records deposition of Warner Stevens, LLP, c/o Michael D. Warner, Esquire, 301 Commerce Street, Suite 1700, Fort Worth, TX 76102, beginning at 9:30 a.m. on April 11, 2008. A subpoena has been issued for the production of documents.

/s/ Anne Shea Gaza

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19899-0551
302-651-7700

*Attorneys for Plaintiff/Counterclaim Defendant QuinStreet, Inc.*

OF COUNSEL:

Robert S. Beiser
David L. Doyle
Robert S. Rigg
Ludwig E. Kolman
Vedder, Price P.C.
222 North LaSalle Street
Suite 2500
Chicago, Illinois 60601
312-609-7500

and

Gordon C. Atkinson
Cooley Godward LLP
101 California Street, 5th Flr.
San Francisco, California 94111
415-693-2000

Dated: March 25, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on March 25, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

Harry J. Roper
Jenner & Block
330 N. Wabash Avenue
Chicago, IL 60611-7603

Anne Shea Gaza (#4093)