IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINSTREET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-495-SLR |
| | ) | |
| PARALLEL NETWORKS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

At Wilmington this 22nd day of May, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, June 2, 2008**, at 5:00 p.m. to discuss pending motions and the status of discovery. Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge