RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

May 30, 2008

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> Re: *Quinstreet, Inc. v. Parallel Networks, LLC*,
> C.A. No. 06-495-SLR

Dear Judge Robinson:

In advance of our teleconference on Monday, June 2, 2008 at 5:00 p.m. EST, we are pleased to inform the Court that both parties have agreed on a revised schedule as per the attached. On the Microsoft issue, we have exchanged proposals and ask the Court for two weeks for the parties to work out the issue or until June 16, 2008 to bring any issue back to the Court. We look forward to addressing any questions from the Court on the enclosed schedule on Monday.

Respectfully,

Anne Shea Gaza (#4093)

ASG/asg
Enclosure
cc:  Richard L. Horwitz, Esq. (via e-mail)
     David E. Moore, Esq. (vie e-mail)
     George S. Bosy, Esq. (via e-mail)
     Paul D. Margolis, Esq. (via e-mail)
     Robert S. Beiser, Esq. (via e-mail)
     Jeffrey L. Moyer, Esq. (via e-mail)

RLF1-3288334-1

| Description from May 24, 2007 Scheduling Order | Date in May 24, 2007 Order | New Proposed Scheduling Order |
|---|---|---|
| Document production completion date | September 14, 2007 | June 9, 2008 |
| Close of Fact Discovery | February 29, 2008 | November 14, 2008 |
| Expert Reports on Issues for which Parties Have Burden of Proof | March 28, 2008 | December 19, 2008 |
| Rebuttal Expert Reports Due | April 25, 2008 | February 9, 2009 |
| Close of Expert Depositions | June 6, 2008 | March 16, 2009 |
| Joint Claim Construction Statement | June 13, 2008 | March 23, 2009 |
| Deadline for Daubert Motions | July 8, 2008 | April 17, 2009 |
| Opening Briefs for Summary Judgment Motion and Claim Construction | July 24, 2008 | May 8, 2009 |
| Answering Briefs for Summary Judgment Motions | August 14, 2008 | June 1, 2009 |
| Reply Briefs for Summary Judgment Motion and Claim Construction | August 28, 2008 | June 15, 2009 |
| Claim Construction/Summary Judgment Hearing | September 26, 2008 | As Set by Court |
| Pretrial Conference | December 5, 2008 | As Set by Court |
| Trial | February 2, 2009 | As Set by Court |