IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINSTREET, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARALLEL NETWORKS, LLC, <br><br> Defendant. | C.A. No. 06-495-SLR |

### STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that resolution of Plaintiff Quinstreet, Inc.'s Motion for Leave to file a Third-Party Complaint Against Microsoft Corporation (the "Motion") (D.I. 60) shall be held in abeyance for two weeks from the entry of this Order to afford the parties sufficient time to try and resolve the outstanding Motion. At the conclusion of that two week period, if a stipulation regarding the Motion has not been filed, counsel shall submit a joint status report to the Court setting forth: (a) the status of the parties' efforts to address the issues; and (b) counsels' views as to whether a further extension would be productive or if the Court should proceed with its consideration of the Motion.

| | |
|---|---|
| _/s/ Anne Shea Gaza_ <br> Jeffrey L. Moyer (#3309) <br> Anne Shea Gaza (#4093) <br> Richards, Layton & Finger <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> moyer@rlf.com <br> gaza@rlf.com <br> *Attorneys for Plaintiff* <br> *Quinstreet, Inc* | _/s/ David E. Moore_ <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, Delaware 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br> *Attorneys for Defendant* <br> *Parallel Networks, LLC* |

RLF1-3248476-1

SO ORDERED this _____ day of _____, 2008,

_____
Hon. Sue L. Robinson
United States District Judge