

Anne Shea Gaza
Counsel
302-651-7539
Gaza@rlf.com

July 10, 2008

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

      Re:   *Quinstreet, Inc. v. Parallel Networks, LLC,*
              C.A. No. 06-495-SLR

Dear Judge Robinson,

    We are counsel to plaintiff Quinstreet, Inc. ("Quinstreet") in the above-referenced matter. Following up on the Stipulation and Order (D.I. 115) entered by the Court on June 23, 2008, and on behalf of the parties, we wish to provide the following status update regarding the outstanding issues related to Microsoft. Over the past few weeks the parties have exchanged proposals setting forth possible avenues for resolution of the Microsoft issues in this case. Having exchanged correspondence on the issues, lead counsel for the parties anticipate meeting and conferring over the next week to try and reach a full and final resolution of these issues.

    The parties are hopeful that they will reach a mutually acceptable agreement regarding the Microsoft issues in the near future. We appreciate Your Honor's willingness to postpone determination of the outstanding motion related to the Microsoft issues (D.I. 60). If it is satisfactory to the Court, the parties propose to provide the Court with a further update regarding the status of negotiations on or before July 28, 2008. If the parties have not made substantial progress towards resolving the dispute by the proposed July 18th update, they expect to proceed with the motion and will request that the Court reset the motion for consideration and resolution.

    As always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

                              Respectfully,

                              */s/ Anne Shea Gaza*
                              Anne Shea Gaza (#4093)

July 10, 2008
Page 2

ASG/asg
cc: Richard L. Horwitz, Esq. (via e-mail)
    David E. Moore, Esq. (vie e-mail)
    George S. Bosy, Esq. (via e-mail)
    Paul D. Margolis, Esq. (via e-mail)
    Robert S. Beiser, Esq. (via e-mail)
    Jeffrey L. Moyer, Esq. (via e-mail)