

Anne Shea Gaza
Counsel
302-651-7539
Gaza@rlf.com

July 28, 2008

**VIA E-FILING**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    *Quinstreet, Inc. v. Parallel Networks, LLC,*
              C.A. No. 06-495-SLR

Dear Judge Robinson,

      We are counsel to Plaintiff Quinstreet, Inc. in the above-referenced matter.  Following up on counsel's status report of July 10, 2008, and on behalf of the parties, we write to advise the Court that the parties have unfortunately not been able to resolve the outstanding issues related to Microsoft.  Accordingly, the parties hereby respectfully request Your Honor proceed with consideration and resolution of Plaintiff Quinstreet, Inc.'s Motion for Leave to file a Third-Party Complaint Against Microsoft Corporation (D.I. 60).

      As always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

                                        Respectfully,

                                        Anne Shea Gaza (#4093)

ASG/asg
cc:    Richard L. Horwitz, Esq. (via e-mail)
        David E. Moore, Esq. (vie e-mail)
        George S. Bosy, Esq. (via e-mail)
        Paul D. Margolis, Esq. (via e-mail)
        Robert S. Beiser, Esq. (via e-mail)
        Jeffrey L. Moyer, Esq. (via e-mail)